**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE:  (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE　　　　　　　　　　　　　TELECOPIER:  (303)335-2178

# M E M O R A N D U M

**TO:**　　　Jeffrey P. Colwell, Clerk
　　　　　　Attn: Senior Judge Team

**FROM:**　　Judge Wiley Y. Daniel

**DATE:**　　December 14, 2017

**RE:**　　　Civil Action No. **17-cv-02992-WYD**
　　　　　　**DETROIT STREET PARTNERS INC. and BIRCHWOOD RESOURCES INC. v. JAMES A. LUSTIG, JAL VENTURES CORPORATION, CLFS EQUITIES, LLLP, UNITED CAPITAL MANAGEMENT, INC., GLOBAL CAP LIMITED, INC., BRANDON PERRY, ULTIMATE VENTURES, INC., JONATHAN MARSICO, HAVEN CAPITAL VENTURES INC., BRETT PERRY, PINEHURST CAPITAL, INC., WILLIAM SANDLER, RANCHO HOLDINGS, LLC, ANDREW HARRISON, JZ CAPITAL, LLC, SAMUEL ZAITZ, SMM INVESTMENTS, INC., STEWART "SKIP" MILLER, ARROWHEAD INVESTMENTS, INC., STEVE SHOFLICK, ALTERMAN HARRISON INVESTMENTS, INC., BENNETT PAUL "BUZZ" ALTERMAN, ALLIED FUNDING, INC., RIO NORTE CAPITAL, INC., KEN LANDE, MESA INVESTMENT PARTNERS, LLC, TODD J. EBERSTEIN, JMC CAPITAL, INC., JAKE COHEN, PEAK CAPITAL PARTNERS INC., RICKI REST, JAF HOLDINGS INC., JAN FALBER, PREAKNESS CAPITAL MANAGEMENT INC., and WILLIAM HALL**

　　　Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.