# EXHIBIT 3



**DECLARATION OF** █████████████

I, █████████ pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws
of the United States of America that the following is true and correct.

1.      My name is ███████ I am ███ years old and a resident of ████████ I am the
President of ████████████████████ ('██████'). ███████ was originally a company run by my
father, who is now deceased. I have no management role with ██████ although I am asked to
execute documents from time to time as its president. I have a profits interest which has paid me
*approximately*
~~less than~~ $10,000 a year. I have no knowledge of, or involvement in, any buying or selling of
securities by or on behalf of ██████

2.      I do not know what person, or persons, trade securities for ██████

3.      I know James Lustig socially, but have had no business dealings with him. To the
extent that ██████ has a business relationship with Mr. Lustig, I have no knowledge of the details of
that relationship.

Dated: August 31, 2018