**EXHIBIT 5**

11/11/2014  07:05PM   PAGE  01

**dealogic**

Fax: 212.377.4305
Submit: compliancenewreport@dealogic.com

## CERTIFICATE FOR THE PURCHASE OF INITIAL PUBLIC OFFERINGS OF EQUITY SECURITIES

Pursuant to FINRA Rule 5130 (formerly NASD Rule 2790) (the "New Issue Rule"), firms may not sell or cause to be sold a new issue (as defined in the New Issue Rule; generally, initial public offerings of equity securities) to any account in which a restricted person holds a beneficial interest unless the account qualifies for a general exemption under the New Issue Rule. We require that you sign and return this Certificate indicating whether or not your account is eligible to purchase IPO shares in accordance with the New Issue Rule.

In addition, pursuant to FINRA Rule 5131 (the "IPO Allocation Rule"), firms may not under certain circumstances allocate shares of a new issue to any account in which an executive officer or director of a public company or a covered non-public company, or a person materially supported by such executive officer or director (collectively, "Covered Persons"), has a beneficial interest unless the account qualifies for a general exemption.

In addition, in connection with any new issue, you hereby represent that you will not act as a finder or in a fiduciary capacity to any managing underwriter of any new issue and that you shall notify us immediately in the event that such representation ceases to be true and correct. All bolded terms relating to the New Issue Rule or the IPO Allocation Rule are defined in Annex A.

### SECTION A. NEW ISSUE RULE (FINRA RULE 5130) (CHECK ONE BOX ONLY)

The undersigned hereby certifies, on behalf of each account for which it purchases new issues on or after the date hereof, that:

☒ The account(s) is eligible to purchase new issues either because no restricted person (which includes those accounts that satisfy a general exemption listed on Annex A and/or, are not restricted persons based on the definition in Annex A) holds a beneficial interest in the account(s), or because the account(s) has implemented procedures to reduce the beneficial interests of all restricted persons with respect to new issues to below in the aggregate 10%, and the undersigned hereby represents that it will follow such procedures in connection with the purchase by the account(s) of all new issues; OR

☐ The undersigned is a conduit (such as a bank, foreign bank, broker/dealer or investment adviser) and all purchases of new issues are, and will be, in compliance with the New Issue Rule. If the beneficial interests of all restricted persons in any one account(s) exceeds in the aggregate 10% of the account(s) but the account(s) has implemented procedures to reduce the beneficial interest of all restricted persons with respect to new issues to below in the aggregate 10%, the undersigned hereby represents that it will follow such procedures in connection with the purchase by the account(s) of all new issues.

### SECTION II. IPO ALLOCATION RULE (FINRA RULE 5131)

The undersigned hereby certifies, on behalf of each account for which it purchases new issues on or after the date hereof, that:

The account(s) is eligible to purchase new issues either because:

(i) No person that holds a beneficial interest in the account(s) is a Covered Person OR

(ii) The account(s) is eligible to purchase new issues because the account(s) (A) meets a general exemption (See Annex A), or (B) has implemented procedures to reduce the beneficial interests of all Covered Persons of a particular company with respect to new issues to in the aggregate below 25%, and the undersigned hereby represents that it will follow such procedures in connection with the purchase by the account(s) of all new issues.

For purposes of clause (ii) above, the undersigned is entitled to presume that any beneficial interests in an account held by a Qualifying Private Fund (except for interests of beneficial owners that are control persons of the investment adviser to that Qualifying Private Fund) are not held by a Covered Person.

The undersigned hereby certifies that the undersigned is authorized to provide this Certification and that the undersigned, or an authorized representative of the account, will promptly notify Dealogic in the event this Certification ceases to be true and correct. In connection to the U.S. Securities & Exchange Commission's electronic delivery of information requirements, the undersigned agrees to receive electronic mail for the purpose of recertifying this Certification through negative consent and to notify Dealogic in writing if the undersigned does not agree to receive such communications.



| Institution Name | Address, City, State, Zip |
|---|---|
| ▇▇▇▇▇ | ▇▇▇▇▇ |
| Name of Authorized Signatory ▇▇▇▇▇ | Date (mm/dd/yy) 09/20/16 | Tax ID / SSN / Reg No ▇▇▇▇▇ |
| Title of Authorized Signatory Manager | Telephone ▇▇▇▇▇ |
| ▇▇▇▇▇ | Email Address ▇▇▇▇▇ |

Copyright © 2014. Dealogic LLC. All Rights Reserved. 120 Broadway, 8th Floor, New York, NY 10271 U.S.A · 212.377.4520 · www.dealogic.com