**EXHIBIT 6**

# CLFS EQUITIES, LLLP

410 17th Street, Suite 1705
Denver, CO 80202

## INVOICE

April 1, 2017



**Gross Income Calculation**

| | |
|---|---|
| 2017 Year-to-Date Gross Income through 3/31/2017 | $ 175,471.01 |

**CLFS Equities Share of Gross Income**

| | |
|---|---|
| 40% $0 - $1,000,000 | $ 70,188.40 |
| 30% >$1,000,000 | $ - |
| Total CLFS Equities Share of Gross Income | $ 70,188.40 |

Less Amount Paid

| | |
|---|---|
| Amount Due (From) CLFS Equities | $ 70,188.40 |

Balance due 5 Calendar Days from Receipt

NOTE: Calculation based on preliminary numbers. Adjustment to actual will be made at year-end prior to April 15, 2018.