# EXHIBIT 7

C.L.F.S., Ltd.

# REALIZED GAINS AND LOSSES

***Trading Report Prepared for*** [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 01-03-17 | 01-04-17 | -2,500 | Clovis Oncology Inc. | 105,155.50 | 107,207.69 | 2,052.19 | |
| 01-04-17 | 01-04-17 | 1,000 | Clovis Oncology Inc. | 41,595.00 | 42,164.33 | 569.33 | |
| 01-05-17 | 01-05-17 | 1,000 | KNOT Offshore Partners LP | 22,090.00 | 22,368.81 | 278.81 | |
| 01-05-17 | 01-05-17 | 4,200 | KNOT Offshore Partners LP | 94,290.00 | 93,949.17 | -340.83 | |
| 01-05-17 | 01-05-17 | 1,000 | Kilroy Realty Corp. | 72,935.00 | 73,406.88 | 471.88 | |
| 01-05-17 | 01-05-17 | 200 | Helix Energy Solutions | 1,730.00 | 1,805.46 | 75.46 | |
| 01-06-17 | 01-06-17 | 2,600 | Summit Materials | 62,305.00 | 61,802.65 | -502.35 | |
| 01-06-17 | 01-06-17 | 200 | Moelis & Company | 6,550.00 | 6,709.85 | 159.85 | |
| 01-06-17 | 01-06-17 | 1,000 | Mirati Therapeutics Inc. | 5,600.00 | 5,924.87 | 324.87 | |
| 01-10-17 | 01-10-17 | 5,000 | City Office REIT | 62,000.00 | 62,658.00 | 658.00 | |
| 01-10-17 | 01-10-17 | 3,000 | Williams Companies | 87,000.00 | 86,457.81 | -542.19 | |
| 01-10-17 | 01-10-17 | 800 | Williams Companies | 22,870.00 | 23,055.31 | 185.31 | |
| 01-11-17 | 01-11-17 | 4,000 | Parsley Energy Inc. | 140,000.00 | 143,913.86 | 3,913.86 | |
| 01-11-17 | 01-11-17 | 1,000 | Bluerock Residential Growth REIT | 13,150.00 | 13,105.41 | -44.59 | |
| 01-11-17 | 01-11-17 | 1,000 | Bluerock Residential Growth REIT | 13,150.00 | 13,105.41 | -44.59 | |
| 01-11-17 | 01-11-17 | 1,000 | Bluerock Residential Growth REIT | 13,150.00 | 13,105.41 | -44.59 | |
| 01-11-17 | 01-11-17 | 6,500 | Bluerock Residential Growth REIT | 85,475.00 | 85,187.83 | -287.17 | |
| 01-11-17 | 01-13-17 | 300 | Parsley Energy Inc. | 10,500.00 | 11,024.75 | 524.75 | |
| 01-13-17 | 01-13-17 | 400 | Gores Holdings Inc. II (U) | 4,000.00 | 4,079.47 | 79.47 | |
| 01-13-17 | 01-13-17 | 4,000 | Gores Holdings Inc. II (U) | 40,000.00 | 40,794.53 | 794.53 | |
| 01-13-17 | 01-13-17 | 1,500 | Uranium Resources Inc. | 3,015.00 | 3,595.42 | 580.42 | |
| 01-13-17 | 01-13-17 | 1,500 | Uranium Resources Inc. | 3,330.01 | 3,595.42 | 265.41 | |
| 01-13-17 | 01-13-17 | 1,000 | WPX Energy Inc. | 13,350.00 | 13,627.70 | 277.70 | |
| 01-19-17 | 01-19-17 | 5,000 | Apollo Global Management | 103,500.00 | 103,341.74 | -158.26 | |
| 01-19-17 | 01-19-17 | 1,000 | Apollo Global Management | 20,700.00 | 20,658.34 | -41.66 | |
| 01-18-17 | 01-19-17 | -3,800 | Advance Pierrre Foods Inc. | 105,614.01 | 103,877.72 | -1,736.29 | |
| 01-19-17 | 01-19-17 | 500 | Teladoc Inc. | 8,375.00 | 9,036.59 | 661.59 | |
| 01-19-17 | 01-19-17 | 400 | Teladoc Inc. | 6,700.00 | 7,229.30 | 529.30 | |
| 01-19-17 | 01-19-17 | 1,000 | Viper Energy Partners LP | 15,500.00 | 15,841.40 | 341.40 | |
| 01-20-17 | 01-20-17 | 5,000 | FinTech Acquisition II (U) | 50,000.00 | 50,486.89 | 486.89 | |
| 01-20-17 | 01-20-17 | 1,000 | Abraxas Petroleum Corp. | 2,400.00 | 2,575.19 | 175.19 | |
| 01-20-17 | 01-20-17 | 2,500 | Keane Group Inc. | 47,500.00 | 54,958.80 | 7,458.80 | |
| 01-20-17 | 01-20-17 | 500 | Keane Group Inc. | 9,500.00 | 10,959.76 | 1,459.76 | |
| 01-20-17 | 01-20-17 | 500 | Keane Group Inc. | 9,500.00 | 10,919.76 | 1,419.76 | |
| 01-20-17 | 01-20-17 | 300 | Keane Group Inc | 5,700.00 | 6,551.85 | 851.85 | |
| 01-20-17 | 01-20-17 | 100 | Almost Family Inc. | 4,450.00 | 4,603.64 | 153.64 | |
| 01-20-17 | 01-20-17 | 200 | Almost Family Inc. | 8,900.00 | 9,227.29 | 327.29 | |
| 01-20-17 | 01-20-17 | 21,500 | Affimed N.V. | 38,700.00 | 36,521.25 | -2,178.75 | |
| 01-20-17 | 01-20-17 | 2,500 | Affimed N.V. | 4,500.00 | 4,246.66 | -253.34 | |
| 01-20-17 | 01-20-17 | 2,000 | Affimed N.V. | 3,320.00 | 3,396.02 | 76.02 | |
| 01-20-17 | 01-23-17 | 3,600 | Affimed N.V. | 6,480.00 | 6,498.86 | 18.86 | |
| 01-24-17 | 01-24-17 | 7,000 | GasLog Partners LP | 143,500.00 | 144,171.86 | 671.86 | |

C.L.F.S., Ltd.

# REALIZED GAINS AND LOSSES

***Trading Report Prepared for*** [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 01-20-17 | 01-24-17 | 2,000 | Affimed N.V. | 3,600.00 | 3,599.92 | -0.08 | |
| 01-25-17 | 01-25-17 | 100 | Newtek Business Services Corp. | 1,525.00 | 1,509.67 | -15.33 | |
| 01-25-17 | 01-25-17 | 200 | Patterson-UTI Energy Inc. | 5,290.00 | 5,638.87 | 348.87 | |
| 01-20-17 | 01-25-17 | 2,000 | Affimed N.V. | 3,600.00 | 3,687.41 | 87.41 | |
| 01-25-17 | 01-25-17 | 1,400 | The Michaels Companies Inc. | 29,161.41 | 28,659.62 | -501.79 | |
| 01-25-17 | 01-26-17 | 400 | The Michaels Companies Inc. | 8,331.83 | 8,165.07 | -166.76 | |
| 01-26-17 | 01-26-17 | 1,000 | ObsEva Inc. | 12,996.00 | 11,235.75 | -1,760.25 | |
| 01-26-17 | 01-26-17 | 300 | Kornit Digital, Ltd | 4,950.00 | 5,044.88 | 94.88 | |
| 01-20-17 | 01-26-17 | 1,900 | Affimed N.V. | 3,420.00 | 3,532.43 | 112.43 | |
| 01-26-17 | 01-26-17 | 1,000 | US Foods Holding Corp | 26,000.00 | 26,433.88 | 433.88 | |
| 01-26-17 | 01-26-17 | 1,350 | Entellus Medical | 22,950.00 | 22,402.41 | -547.59 | |
| 01-26-17 | 01-26-17 | 600 | Entellus Medical | 9,950.00 | 10,064.87 | 114.87 | |
| 01-20-17 | 01-27-17 | 2,000 | Affimed N.V. | 3,600.00 | 3,679.91 | 79.91 | |
| 01-27-17 | 01-27-17 | 150 | Mercury Computer Systems | 4,950.00 | 5,107.68 | 157.68 | |
| 01-27-17 | 01-27-17 | 300 | Mercury Computer Systems | 9,900.00 | 10,215.36 | 315.36 | |
| 01-27-17 | 01-27-17 | 100 | Jeld-Wen Holding Inc. | 2,300.00 | 2,527.58 | 227.58 | |
| 01-27-17 | 01-27-17 | 50 | Jeld-Wen Holding Inc. | 1,150.00 | 1,263.79 | 113.79 | |
| 01-27-17 | 01-27-17 | 200 | Jeld-Wen Holding Inc. | 4,600.00 | 5,055.15 | 455.15 | |
| 01-27-17 | 01-27-17 | 100 | Jeld-Wen Holding Inc. | 2,300.00 | 2,527.57 | 227.57 | |
| 01-27-17 | 01-27-17 | 100 | Jeld-Wen Holding Inc. | 2,300.00 | 2,527.58 | 227.58 | |
| 01-27-17 | 01-27-17 | 1,200 | Horizon Global Corp. | 22,200.00 | 23,262.26 | 1,062.26 | |
| 01-27-17 | 01-27-17 | 50 | Jounce Therapeutics | 800.00 | 867.98 | 67.98 | |
| 01-27-17 | 01-27-17 | 2,000 | Workhorse Group Inc. | 6,000.00 | 6,026.07 | 26.07 | |
| 01-27-17 | 01-27-17 | 5,000 | Workhorse Group Inc. | 15,000.00 | 15,064.95 | 64.95 | |
| 01-27-17 | 01-27-17 | 2,000 | K2M Group Holdings Inc. | 40,800.00 | 40,775.11 | -24.89 | |
| 01-27-17 | 01-27-17 | 300 | REV Group Inc. | 6,600.00 | 7,552.22 | 952.22 | |
| 01-27-17 | 01-27-17 | 100 | REV Group Inc. | 2,200.00 | 2,517.41 | 317.41 | |
| 01-27-17 | 01-27-17 | 300 | REV Group Inc. | 6,600.00 | 7,552.23 | 952.23 | |
| 01-27-17 | 01-27-17 | 20,000 | Nuveen Preferred & Income 2022 | 500,000.00 | 498,024.13 | -1,975.87 | |
| 01-27-17 | 01-27-17 | 10,500 | Athersys Inc. | 10,605.00 | 11,181.20 | 576.20 | |
| 01-27-17 | 01-27-17 | 10,000 | Athersys Inc. | 10,100.00 | 10,648.77 | 548.77 | |
| 01-27-17 | 01-27-17 | 6,000 | Athersys Inc. | 6,060.00 | 6,389.26 | 329.26 | |
| 01-27-17 | 01-27-17 | 5,000 | Athersys Inc. | 5,050.00 | 5,324.38 | 274.38 | |
| 01-27-17 | 01-27-17 | 700 | KEYW Holding Corp. | 7,350.00 | 7,099.59 | -250.41 | |
| 01-27-17 | 01-27-17 | 1,000 | KEYW Holding Corp. | 10,500.00 | 10,142.28 | -357.72 | |
| 01-27-17 | 01-27-17 | 1,000 | KEYW Holding Corp. | 10,160.00 | 10,142.28 | -17.72 | |
| 01-27-17 | 01-27-17 | 200 | Jagged Peak Energy Inc. | 3,000.00 | 2,834.12 | -165.88 | |
| 01-27-17 | 01-27-17 | 500 | Jagged Peak Energy Inc. | 7,500.00 | 7,085.33 | -414.67 | |
| 01-31-17 | 01-31-17 | 3,000 | Rigel Pharmaceuticals Inc. | 6,000.00 | 6,246.85 | 246.85 | |
| 01-31-17 | 01-31-17 | 2,200 | Summit Midstream Partners LP | 53,052.01 | 52,811.84 | -240.17 | |
| 01-31-17 | 01-31-17 | 1 | Clearance charges | 884.00 | 0.00 | -884.00 | |
| 01-25-17 | 02-01-17 | -1,000 | Liberty Media Corp. | 29,150.00 | 29,518.85 | 368.85 | |

Report run at 10 12 31 AM on 8/30/18

C.L.F.S., Ltd.

# REALIZED GAINS AND LOSSES

***Trading Report Prepared for*** [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 01-25-17 | 02-01-17 | -5,000 | Newtek Business Services Corp. | 76,250.00 | 76,433.63 | 183.63 | |
| 01-26-17 | 02-01-17 | -700 | US Foods Holding Corp | 18,200.00 | 18,510.75 | 310.75 | |
| 01-26-17 | 02-01-17 | -2,000 | US Foods Holding Corp | 52,000.00 | 52,887.73 | 887.73 | |
| 01-27-17 | 02-01-17 | -100 | Horizon Global Corp. | 1,850.00 | 1,920.18 | 70.18 | |
| 01-27-17 | 02-01-17 | -100 | Jeld-Wen Holding Inc. | 2,300.00 | 2,511.21 | 211.21 | |
| 01-27-17 | 02-01-17 | -800 | Mercury Computer Systems | 26,400.00 | 27,256.52 | 856.52 | |
| 01-27-17 | 02-01-17 | -900 | Jagged Peak Energy Inc. | 13,500.00 | 12,759.30 | -740.70 | |
| 02-01-17 | 02-01-17 | 1,500 | Just Energy Grp Inc pfd | 37,500.00 | 36,754.19 | -745.81 | |
| 02-01-17 | 02-01-17 | 1,400 | Sanchez Energy Corp. | 17,500.00 | 18,163.73 | 663.73 | |
| 02-01-17 | 02-01-17 | 500 | Sanchez Energy Corp. | 6,495.00 | 6,486.98 | -8.02 | |
| 01-25-17 | 02-01-17 | 200 | The Michaels Companies Inc. | 4,165.92 | 3,973.91 | -192.01 | |
| 02-01-17 | 02-01-17 | 1,000 | Laureate Education Inc. | 14,000.00 | 12,728.22 | -1,271.78 | |
| 01-20-17 | 02-01-17 | 2,000 | Affimed N.V. | 3,600.00 | 3,584.92 | -15.08 | |
| 02-01-17 | 02-01-17 | 100 | Taylor Morrison Home Corp. | 1,900.00 | 1,877.94 | -22.06 | |
| 02-01-17 | 02-01-17 | 1,500 | Taylor Morrison Home Corp. | 28,500.00 | 28,169.14 | -330.86 | |
| 02-01-17 | 02-01-17 | 700 | Inviation Homes Inc. | 14,000.00 | 14,149.21 | 149.21 | |
| 02-01-17 | 02-01-17 | 500 | Inviation Homes Inc. | 10,000.00 | 10,115.88 | 115.88 | |
| 02-01-17 | 02-01-17 | 2,700 | Inviation Homes Inc. | 54,000.00 | 54,625.74 | 625.74 | |
| 02-01-17 | 02-01-17 | 500 | Inviation Homes Inc. | 10,000.00 | 10,115.88 | 115.88 | |
| 02-01-17 | 02-01-17 | 200 | Inviation Homes Inc. | 4,000.00 | 4,046.23 | 46.23 | |
| 02-01-17 | 02-01-17 | 300 | First Hawaiian Inc. | 9,600.00 | 9,602.13 | 2.13 | |
| 02-01-17 | 02-01-17 | 1,900 | First Hawaiian Inc. | 60,800.00 | 60,813.47 | 13.47 | |
| 02-01-17 | 02-01-17 | 150 | First Hawaiian Inc. | 4,800.11 | 4,800.74 | 0.63 | |
| 02-01-17 | 02-01-17 | 1,500 | First Hawaiian Inc. | 48,000.00 | 48,007.45 | 7.45 | |
| 02-01-17 | 02-01-17 | 700 | Milacron Holdings Corp. | 11,375.00 | 11,440.77 | 65.77 | |
| 02-01-17 | 02-01-17 | 400 | Milacron Holdings Corp. | 6,500.00 | 6,537.58 | 37.58 | |
| 02-01-17 | 02-01-17 | 100 | Milacron Holdings Corp. | 1,625.00 | 1,632.21 | 7.21 | |
| 02-01-17 | 02-01-17 | 400 | Milacron Holdings Corp. | 6,500.00 | 6,528.86 | 28.86 | |
| 02-02-17 | 02-02-17 | 400 | First BanCorp (Puerto Rico) | 2,572.00 | 2,520.94 | -51.06 | |
| 02-01-17 | 02-02-17 | -4,600 | Smart Sand Inc. | 82,737.49 | 79,403.28 | -3,334.21 | |
| 02-02-17 | 02-02-17 | 2,500 | Civeo Corp | 7,500.00 | 7,792.83 | 292.83 | |
| 02-02-17 | 02-02-17 | 1,000 | Civeo Corp | 3,000.00 | 3,117.13 | 117.13 | |
| 02-02-17 | 02-02-17 | 4,000 | Civeo Corp | 12,000.00 | 12,468.53 | 468.53 | |
| 02-02-17 | 02-02-17 | 2,000 | Civeo Corp | 6,000.00 | 6,233.88 | 233.88 | |
| 02-02-17 | 02-03-17 | 2,000 | Alliance Gaming Corp | 14,500.00 | 16,155.64 | 1,655.64 | |
| 01-25-17 | 02-03-17 | 250 | The Michaels Companies Inc. | 5,207.39 | 5,046.13 | -161.26 | |
| 02-03-17 | 02-03-17 | 1,200 | Ramaco Resources Inc. | 16,200.00 | 16,873.13 | 673.13 | |
| 01-20-17 | 02-03-17 | 1,500 | Affimed N.V. | 2,700.00 | 2,829.93 | 129.93 | |
| 02-03-17 | 02-03-17 | 1,000 | Kimball Royalty Partners LP | 18,000.00 | 18,895.58 | 895.58 | |
| 02-01-17 | 02-03-17 | 100 | Taylor Morrison Home Corp. | 1,900.00 | 1,872.95 | -27.05 | |
| 02-03-17 | 02-03-17 | 4,000 | Neos Therapeutics Inc. | 20,000.00 | 19,668.76 | -331.24 | |
| 02-03-17 | 02-03-17 | 1,500 | Neos Therapeutics Inc. | 7,520.00 | 7,375.63 | -144.37 | |
| 01-20-17 | 02-06-17 | 2,000 | Affimed N.V. | 3,600.00 | 4,142.40 | 542.40 | |
| 02-08-17 | 02-08-17 | 300 | AMC Entertainment Inc. | 9,450.00 | 9,294.79 | -155.21 | |
| 02-03-17 | 02-08-17 | 100 | Ramaco Resources Inc. | 1,350.00 | 1,211.97 | -138.03 | |

C.L.F.S., Ltd.
REALIZED GAINS AND LOSSES
*Trading Report Prepared for* [redacted]
*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 02-08-17 | 02-08-17 | 900 | Coherus BioSciences Inc. | 21,825.00 | 21,192.03 | -632.97 | |
| 02-08-17 | 02-08-17 | 3,500 | Parsley Energy Inc. | 108,500.00 | 107,905.79 | -594.21 | |
| 02-08-17 | 02-08-17 | 500 | Parsley Energy Inc. | 15,295.00 | 15,415.04 | 120.04 | |
| 01-20-17 | 02-09-17 | 1,500 | Affimed N.V. | 2,700.00 | 2,979.93 | 279.93 | |
| 01-25-17 | 02-09-17 | 150 | The Michaels Companies Inc. | 3,124.44 | 3,038.93 | -85.51 | |
| 02-09-17 | 02-09-17 | 900 | Houlihan Lokey Inc. | 26,325.00 | 27,000.19 | 675.19 | |
| 02-09-17 | 02-09-17 | 600 | Houlihan Lokey Inc. | 17,550.00 | 17,999.67 | 449.67 | |
| 02-09-17 | 02-09-17 | 700 | Houlihan Lokey Inc. | 20,475.00 | 20,988.50 | 513.50 | |
| 02-10-17 | 02-10-17 | 2,500 | Clipper Realty Inc. | 33,750.00 | 35,516.75 | 1,766.75 | |
| 02-14-17 | 02-14-17 | 1,500 | PennantPark Floating Rate Capital | 20,430.00 | 20,379.55 | -50.45 | |
| 02-15-17 | 02-15-17 | 300 | Seacoast Banking Corp. of Florida | 6,675.00 | 6,999.59 | 324.59 | |
| 02-15-17 | 02-15-17 | 200 | Seacoast Banking Corp. of Florida | 4,628.00 | 4,666.40 | 38.40 | |
| 02-16-17 | 02-16-17 | 500 | NGL Energy Partners LP | 11,225.00 | 11,522.24 | 297.24 | |
| 02-16-17 | 02-16-17 | 1,500 | Zayo Group Holdings LLC | 46,950.00 | 46,450.98 | -499.02 | |
| 02-16-17 | 02-16-17 | 300 | TransUnion | 11,070.00 | 11,123.13 | 53.13 | |
| 02-16-17 | 02-16-17 | 1,000 | TransUnion | 36,680.00 | 37,077.06 | 397.06 | |
| 02-17-17 | 02-17-17 | 300 | Atkore International Group Inc. | 7,500.00 | 7,644.41 | 144.41 | |
| 02-17-17 | 02-17-17 | 100 | Atkore International Group Inc. | 2,500.00 | 2,548.14 | 48.14 | |
| 02-17-17 | 02-17-17 | 100 | Atkore International Group Inc. | 2,500.00 | 2,548.14 | 48.14 | |
| 02-17-17 | 02-17-17 | 200 | Atkore International Group Inc. | 5,000.00 | 5,096.27 | 96.27 | |
| 02-17-17 | 02-17-17 | 50 | Atkore International Group Inc. | 1,250.00 | 1,274.05 | 24.05 | |
| 02-22-17 | 02-22-17 | 3,000 | Tesora Logistics LP | 170,400.00 | 167,946.54 | -2,453.46 | |
| 02-22-17 | 02-22-17 | 1,200 | Tesora Logistics LP | 67,504.00 | 67,178.57 | -325.43 | |
| 02-17-17 | 02-22-17 | 100 | Atkore International Group Inc. | 2,500.00 | 2,581.94 | 81.94 | |
| 02-22-17 | 02-22-17 | 2,500 | Parker Drilling Co. | 5,025.00 | 4,974.89 | -50.11 | |
| 02-22-17 | 02-22-17 | 2,000 | CIM pfds | 50,000.00 | 49,798.91 | -201.09 | |
| 02-22-17 | 02-22-17 | 2,000 | CIM pfds | 50,000.00 | 49,798.91 | -201.09 | |
| 02-23-17 | 02-23-17 | 10,000 | Cloud Peak Energy Inc. | 53,761.50 | 52,088.86 | -1,672.64 | |
| 02-22-17 | 02-23-17 | -1,500 | GMS Inc. (Gypsum Mgmt & Supply) | 45,191.00 | 45,079.02 | -111.98 | |
| 02-23-17 | 02-23-17 | 1,500 | Artisan Partners Assset Mgmt. | 43,875.00 | 43,864.05 | -10.95 | |
| 02-22-17 | 02-23-17 | 2,500 | CIM pfds | 62,500.00 | 62,083.64 | -416.36 | |
| 02-24-17 | 02-24-17 | 30,000 | BlackRock 2022 Global Inc Opp Tr | 300,000.00 | 299,693.46 | -306.54 | |
| 02-24-17 | 02-24-17 | 200 | Hi-Crush Partners LP | 3,600.00 | 3,617.54 | 17.54 | |
| 02-24-17 | 02-24-17 | 2,000 | Hi-Crush Partners LP | 36,000.00 | 36,175.41 | 175.41 | |

C.L.F.S., Ltd.

REALIZED GAINS AND LOSSES

***Trading Report Prepared for*** [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 02-24-17 | 02-24-17 | 3,000 | Hi-Crush Partners LP | 54,000.00 | 54,263.11 | 263.11 | |
| 02-24-17 | 02-24-17 | 2,000 | Hi-Crush Partners LP | 36,070.00 | 36,175.27 | 105.27 | |
| 02-24-17 | 02-24-17 | 3,000 | Watsco Inc. | 432,000.00 | 434,997.41 | 2,997.41 | |
| 02-24-17 | 02-24-17 | 700 | Watsco Inc. | 100,400.00 | 101,499.55 | 1,099.55 | |
| 02-28-17 | 02-28-17 | 1,500 | Realty Income Corp. | 93,000.00 | 92,308.00 | -692.00 | |
| 02-28-17 | 02-28-17 | 300 | Realty Income Corp. | 18,600.00 | 18,461.60 | -138.40 | |
| 02-28-17 | 02-28-17 | 800 | Realty Income Corp. | 49,095.00 | 49,228.39 | 133.39 | |
| 02-28-17 | 02-28-17 | 1,000 | Triangle Capital Corp. | 19,500.00 | 19,322.08 | -177.92 | |
| 02-28-17 | 02-28-17 | 1,500 | Triangle Capital Corp. | 29,250.00 | 28,983.11 | -266.89 | |
| 02-28-17 | 02-28-17 | 1,500 | Triangle Capital Corp. | 28,955.00 | 28,983.12 | 28.12 | |
| 02-28-17 | 02-28-17 | 1 | Clearance charges | 470.00 | 0.00 | -470.00 | |
| 02-23-17 | 03-01-17 | -2,500 | CIM pfds | 62,500.00 | 62,083.64 | -416.36 | |
| 02-17-17 | 03-01-17 | -1,000 | Atkore International Group Inc. | 25,000.00 | 25,488.01 | 488.01 | |
| 03-01-17 | 03-01-17 | 2,000 | ApolloGlobal Mgmt | 50,000.00 | 49,758.91 | -241.09 | |
| 03-01-17 | 03-01-17 | 500 | Hamilton Lane Inc. | 8,000.00 | 8,904.80 | 904.80 | |
| 03-02-17 | 03-02-17 | 2,100 | IberiaBank Corp. | 174,300.00 | 175,082.88 | 782.88 | |
| 03-02-17 | 03-02-17 | 100 | IberiaBank Corp. | 8,300.00 | 8,334.28 | 34.28 | |
| 03-02-17 | 03-02-17 | 200 | IberiaBank Corp. | 16,600.00 | 16,668.55 | 68.55 | |
| 03-02-17 | 03-02-17 | 200 | IberiaBank Corp. | 16,600.00 | 16,668.57 | 68.57 | |
| 03-02-17 | 03-02-17 | 200 | Dermira Inc. | 6,740.00 | 6,905.01 | 165.01 | |
| 03-02-17 | 03-02-17 | 1,000 | Dermira Inc. | 33,700.00 | 34,605.07 | 905.07 | |
| 03-02-17 | 03-02-17 | 900 | Colony Starwood Homes | 29,250.00 | 29,925.50 | 675.50 | |
| 03-02-17 | 03-02-17 | 700 | Colony Starwood Homes | 22,750.00 | 23,263.90 | 513.90 | |
| 03-02-17 | 03-02-17 | 150 | Colony Starwood Homes | 4,875.00 | 4,985.12 | 110.12 | |
| 03-02-17 | 03-02-17 | 50 | Colony Starwood Homes | 1,702.00 | 1,676.48 | -25.52 | |
| 03-02-17 | 03-02-17 | 500 | Snap Inc. | 8,500.00 | 12,230.76 | 3,730.76 | |
| 03-02-17 | 03-02-17 | 100 | Snap Inc. | 1,700.00 | 2,446.16 | 746.16 | |
| 03-02-17 | 03-02-17 | 200 | Ares Management LP | 4,000.00 | 3,938.24 | -61.76 | |
| 03-02-17 | 03-02-17 | 1,000 | Ares Management LP | 20,000.00 | 19,771.23 | -228.77 | |
| 03-02-17 | 03-02-17 | 300 | Ashford Hospitality Prime Inc. | 3,645.00 | 3,437.30 | -207.70 | |
| 03-02-17 | 03-02-17 | 700 | Ashford Hospitality Prime Inc. | 8,505.00 | 8,067.32 | -437.68 | |
| 03-02-17 | 03-02-17 | 300 | Ashford Hospitality Prime Inc. | 3,645.00 | 3,437.39 | -207.61 | |
| 03-02-17 | 03-03-17 | 900 | Kratos Defense & Security Solutions | 6,525.00 | 6,630.39 | 105.39 | |
| 03-07-17 | 03-07-17 | 300 | Hannon Armstrong Sustainable Infra. Cap. | 5,805.00 | 5,759.27 | -45.73 | |
| 03-07-17 | 03-07-17 | 4,300 | Hannon Armstrong Sustainable Infra. Cap. | 82,480.02 | 82,549.60 | 69.58 | |
| 03-07-17 | 03-07-17 | 5,000 | Hannon Armstrong Sustainable Infra. Cap. | 96,031.00 | 95,992.12 | -38.88 | |
| 03-08-17 | 03-08-17 | 1,000 | Ladder Capital Corp. | 14,250.00 | 14,462.68 | 212.68 | |
| 03-08-17 | 03-08-17 | 50 | John Bean Technologies Corp | 4,250.00 | 4,441.15 | 191.15 | |

C.L.F.S., Ltd.

REALIZED GAINS AND LOSSES

*Trading Report Prepared for* [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 03-08-17 | 03-08-17 | 100 | John Bean Technologies Corp | 8,500.00 | 8,882.30 | 382.30 | |
| 03-08-17 | 03-08-17 | 100 | Cotiviti Holdings Inc. | 3,600.00 | 3,680.32 | 80.32 | |
| 03-08-17 | 03-08-17 | 525 | Cotiviti Holdings Inc. | 18,900.00 | 19,409.92 | 509.92 | |
| 03-08-17 | 03-08-17 | 100 | Cotiviti Holdings Inc. | 3,600.00 | 3,697.16 | 97.16 | |
| 03-08-17 | 03-08-17 | 1,000 | New Gold Inc. | 2,800.00 | 2,739.93 | -60.07 | |
| 03-08-17 | 03-08-17 | 2,500 | Gladstone Land Corp. | 27,910.00 | 27,703.00 | -207.00 | |
| 03-08-17 | 03-09-17 | 2,000 | Gladstone Land Corp. | 22,700.00 | 22,025.00 | -675.00 | |
| 03-09-17 | 03-09-17 | 1,100 | J.Jill Inc. | 14,300.00 | 14,011.75 | -288.25 | |
| 03-09-17 | 03-09-17 | 600 | J.Jill Inc. | 7,800.00 | 7,642.77 | -157.23 | |
| 03-09-17 | 03-09-17 | 400 | Equinix Inc. | 144,000.00 | 149,876.73 | 5,876.73 | |
| 03-09-17 | 03-09-17 | 250 | Equinix Inc. | 90,000.00 | 93,672.96 | 3,672.96 | |
| 03-09-17 | 03-09-17 | 50 | Equinix Inc. | 18,000.00 | 18,734.59 | 734.59 | |
| 03-09-17 | 03-09-17 | 250 | Equinix Inc. | 90,000.00 | 90,815.00 | 815.00 | |
| 03-09-17 | 03-09-17 | 50 | Patrick Industries Inc. | 3,650.00 | 3,712.41 | 62.41 | |
| 03-10-17 | 03-10-17 | 500 | Ooma Inc. | 4,425.00 | 4,504.90 | 79.90 | |
| 03-09-17 | 03-10-17 | 100 | Equinix Inc. | 36,000.00 | 37,809.25 | 1,809.25 | |
| 03-10-17 | 03-10-17 | 2,500 | Alexandria Real Estate Equities | 271,375.00 | 270,577.35 | -797.65 | |
| 03-10-17 | 03-10-17 | 1,500 | Alexandria Real Estate Equities | 162,825.00 | 162,346.41 | -478.59 | |
| 03-10-17 | 03-10-17 | 3,000 | Alexandria Real Estate Equities | 325,650.00 | 324,692.82 | -957.18 | |
| 03-10-17 | 03-10-17 | 250 | Alexandria Real Estate Equities | 27,137.50 | 27,074.70 | -62.80 | |
| 03-10-17 | 03-10-17 | 1,100 | Presidio Inc. | 15,400.00 | 14,825.23 | -574.77 | |
| 03-10-17 | 03-10-17 | 200 | Presidio Inc. | 2,800.00 | 2,695.50 | -104.50 | |
| 03-10-17 | 03-10-17 | 500 | Presidio Inc. | 7,000.00 | 6,738.74 | -261.26 | |
| 03-10-17 | 03-10-17 | 300 | BioCryst Pharmaceuticals | 2,550.00 | 2,599.94 | 49.94 | |
| 03-10-17 | 03-10-17 | 200 | Sinclair Broadcasting | 8,400.00 | 8,244.63 | -155.37 | |
| 03-10-17 | 03-10-17 | 1,000 | Sinclair Broadcasting | 42,000.00 | 41,313.20 | -686.80 | |
| 03-10-17 | 03-10-17 | 500 | Sinclair Broadcasting | 21,000.00 | 20,656.60 | -343.40 | |
| 03-10-17 | 03-10-17 | 1,000 | Sinclair Broadcasting | 42,000.00 | 41,313.20 | -686.80 | |
| 03-10-17 | 03-10-17 | 1,500 | Sinclair Broadcasting | 63,000.00 | 61,969.83 | -1,030.17 | |
| 03-10-17 | 03-10-17 | 10,334 | Cachet Financial | 46,503.00 | 44,204.37 | -2,298.63 | |
| 03-10-17 | 03-13-17 | 1,000 | Cachet Financial | 4,500.00 | 4,506.90 | 6.90 | |
| 03-14-17 | 03-14-17 | 2,500 | Physicians Realty Trust | 45,500.00 | 45,829.75 | 329.75 | |
| 03-14-17 | 03-14-17 | 1,000 | Physicians Realty Trust | 18,200.00 | 18,333.27 | 133.27 | |
| 03-15-17 | 03-15-17 | 100 | Ardagh Group SA | 1,900.00 | 2,174.95 | 274.95 | |
| 03-02-17 | 03-15-17 | 300 | Ashford Hospitality Prime Inc. | 3,645.00 | 3,233.00 | -412.00 | |
| 03-10-17 | 03-15-17 | 500 | Cachet Financial | 2,250.00 | 2,279.94 | 29.94 | |
| 03-16-17 | 03-16-17 | 100 | Talend SA | 2,850.00 | 3,038.33 | 188.33 | |
| 03-16-17 | 03-16-17 | 100 | Talend SA | 2,850.00 | 3,038.32 | 188.32 | |
| 03-16-17 | 03-16-17 | 500 | Talend SA | 15,270.00 | 15,191.63 | -78.37 | |
| 03-16-17 | 03-16-17 | 100 | Canada Goose Holdings Inc. | 1,278.20 | 1,686.43 | 408.23 | |
| 03-16-17 | 03-16-17 | 50 | Canada Goose Holdings Inc. | 639.00 | 851.79 | 212.79 | |

C.L.F.S., Ltd.

# REALIZED GAINS AND LOSSES

***Trading Report Prepared for*** [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 03-16-17 | 03-16-17 | 100 | Canada Goose Holdings Inc. | 1,278.00 | 1,703.57 | 425.57 | |
| 03-16-17 | 03-16-17 | 50 | Canada Goose Holdings Inc. | 639.00 | 851.79 | 212.79 | |
| 03-16-17 | 03-16-17 | 500 | Canada Goose Holdings Inc. | 8,578.00 | 8,517.86 | -60.14 | |
| 03-17-17 | 03-17-17 | 200 | Editas Medicine Inc. | 4,500.00 | 4,617.89 | 117.89 | |
| 03-17-17 | 03-17-17 | 600 | ProPetro Holding Corp. | 8,400.00 | 8,979.80 | 579.80 | |
| 03-17-17 | 03-17-17 | 100 | Penumbra Inc. | 7,600.00 | 8,031.07 | 431.07 | |
| 03-17-17 | 03-17-17 | 300 | MuleSoft Inc. | 5,100.00 | 7,259.83 | 2,159.83 | |
| 03-17-17 | 03-17-17 | 100 | MuleSoft Inc. | 1,700.00 | 2,419.95 | 719.95 | |
| 03-17-17 | 03-17-17 | 100 | MuleSoft Inc. | 1,700.00 | 2,404.94 | 704.94 | |
| 03-17-17 | 03-17-17 | 300 | Viveve Medical Inc. | 1,200.00 | 1,329.97 | 129.97 | |
| 03-17-17 | 03-17-17 | 300 | MidWestOne Financial Group Inc. | 10,370.00 | 10,285.77 | -84.23 | |
| 03-17-17 | 03-17-17 | 7,000 | Zosano Pharma | 10,500.00 | 11,083.27 | 583.27 | |
| 03-17-17 | 03-17-17 | 400 | Tesla Motors Inc. | 104,898.00 | 105,686.19 | 788.19 | |
| 03-21-17 | 03-21-17 | 700 | Genesis Energy LP | 22,390.00 | 22,364.51 | -25.49 | |
| 03-21-17 | 03-21-17 | 1,000 | Axsome Therapeutics Inc. | 3,740.00 | 3,649.92 | -90.08 | |
| 03-22-17 | 03-22-17 | 50 | Easterly Government Properties Inc | 950.00 | 958.47 | 8.47 | |
| 03-22-17 | 03-22-17 | 5,000 | Vital Therapies Inc. | 20,000.00 | 19,599.57 | -400.43 | |
| 03-22-17 | 03-22-17 | 1,500 | Calithera Biosciences Inc. | 15,295.00 | 15,429.66 | 134.66 | |
| 03-22-17 | 03-22-17 | 2,500 | Regenxbio Inc. | 51,075.00 | 50,978.88 | -96.12 | |
| 03-23-17 | 03-23-17 | 100 | LSC Communications | 2,025.00 | 2,180.20 | 155.20 | |
| 03-23-17 | 03-23-17 | 300 | LSC Communications | 6,075.00 | 6,590.60 | 515.60 | |
| 03-23-17 | 03-23-17 | 300 | LSC Communications | 6,075.00 | 6,590.61 | 515.61 | |
| 03-22-17 | 03-23-17 | -3,000 | Merit Medical Systems | 86,060.01 | 88,318.07 | 2,258.06 | |
| 03-23-17 | 03-23-17 | 1,300 | Orion Engineered Carbons SA | 24,375.00 | 24,974.45 | 599.45 | |
| 03-22-17 | 03-23-17 | -1,500 | Keysight Technologies | 53,509.00 | 54,303.82 | 794.82 | |
| 03-10-17 | 03-23-17 | 750 | Cachet Financial | 3,375.00 | 3,242.42 | -132.58 | |
| 03-23-17 | 03-23-17 | 3,000 | Tandem Diabetes Care, Inc. | 3,750.00 | 3,650.62 | -99.38 | |
| 03-23-17 | 03-23-17 | 20,000 | Tandem Diabetes Care, Inc. | 25,000.00 | 24,337.46 | -662.54 | |
| 03-23-17 | 03-23-17 | 4,000 | Tandem Diabetes Care, Inc. | 5,000.00 | 4,866.14 | -133.86 | |
| 03-23-17 | 03-23-17 | 200 | LaJolla Pharmaceutical Co. | 6,700.00 | 7,025.34 | 325.34 | |
| 03-24-17 | 03-24-17 | 1,500 | Condor Hospitality Trust | 15,750.00 | 15,614.51 | -135.49 | |
| 03-24-17 | 03-24-17 | 2,000 | Condor Hospitality Trust | 20,720.00 | 20,819.34 | 99.34 | |
| 03-24-17 | 03-24-17 | 1,500 | Condor Hospitality Trust | 15,750.00 | 15,615.65 | -134.35 | |
| 03-23-17 | 03-24-17 | 2,000 | Tandem Diabetes Care, Inc. | 2,500.00 | 2,379.94 | -120.06 | |
| 03-23-17 | 03-24-17 | -3,500 | Cherry Hill Mortgage Investment Corp. | 57,868.51 | 61,028.65 | 3,160.14 | |
| 03-23-17 | 03-24-17 | -3,000 | Bellicum Pharmaceuticals Inc. | 38,572.50 | 40,630.12 | 2,057.62 | |
| 03-24-17 | 03-24-17 | 300 | Alteryx Inc. | 4,200.00 | 5,095.88 | 895.88 | |
| 03-24-17 | 03-24-17 | 300 | Alteryx Inc. | 4,200.00 | 5,095.89 | 895.89 | |
| 03-24-17 | 03-24-17 | 400 | Silver Run Acquisition II | 4,000.00 | 4,070.50 | 70.50 | |
| 03-24-17 | 03-24-17 | 4,000 | Silver Run Acquisition II | 40,000.00 | 40,865.02 | 865.02 | |
| 03-23-17 | 03-27-17 | 3,000 | Tandem Diabetes Care, Inc. | 3,750.00 | 3,577.42 | -172.58 | |

C.L.F.S., Ltd.

# REALIZED GAINS AND LOSSES

***Trading Report Prepared for*** [redacted]

*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Gain Or Loss Long Term |
|---|---|---|---|---|---|---|---|
| 03-28-17 | 03-28-17 | 400 | STORE Capital Corp. | 9,240.00 | 9,556.75 | 316.75 | |
| 03-28-17 | 03-28-17 | 150 | STORE Capital Corp. | 3,465.00 | 3,583.78 | 118.78 | |
| 03-28-17 | 03-28-17 | 1,000 | STORE Capital Corp. | 23,100.00 | 23,891.91 | 791.91 | |
| 03-28-17 | 03-28-17 | 1,000 | Evolent Health LLC | 20,000.00 | 20,680.79 | 680.79 | |
| 03-28-17 | 03-28-17 | 1,000 | Cryoport Inc. | 2,000.00 | 2,037.95 | 37.95 | |
| 03-28-17 | 03-28-17 | 3,000 | Cryoport Inc. | 6,000.00 | 6,113.86 | 113.86 | |
| 03-28-17 | 03-28-17 | 5,000 | Cryoport Inc. | 10,460.00 | 10,189.78 | -270.22 | |
| 03-29-17 | 03-29-17 | 25,000 | Nuveen Credit Opp. 2002 Target | 250,000.00 | 249,745.29 | -254.71 | |
| 03-28-17 | 03-29-17 | -3,500 | Athene Holding Ltd | 173,202.02 | 174,027.19 | 825.17 | |
| 03-29-17 | 03-29-17 | -2,000 | Blueprint Medicines Corp | 82,223.26 | 81,671.97 | -551.29 | |
| 03-30-17 | 03-30-17 | 500 | e.l.f Beauty Inc. | 13,535.00 | 13,651.95 | 116.95 | |
| 03-30-17 | 03-30-17 | 250 | Kayne Anderson Acquisition Corp. | 2,500.00 | 2,499.35 | -0.65 | |
| 03-30-17 | 03-30-17 | 3,000 | Kayne Anderson Acquisition Corp. | 30,195.00 | 29,992.30 | -202.70 | |
| 03-30-17 | 03-30-17 | 2,500 | OFS Capital Corp. | 35,340.00 | 35,295.23 | -44.77 | |
| 03-30-17 | 03-30-17 | 900 | Blueprint Medicines Corp | 37,526.00 | 35,945.96 | -1,580.04 | |
| 03-23-17 | 03-30-17 | 1,000 | Tandem Diabetes Care, Inc. | 1,250.00 | 1,129.97 | -120.03 | |
| 03-31-17 | 03-31-17 | 3,000 | Cara Therapeutics Inc. | 53,520.00 | 53,695.82 | 175.82 | |
| 03-31-17 | 03-31-17 | 2,000 | Cara Therapeutics Inc. | 36,000.80 | 35,797.22 | -203.58 | |
| 03-31-17 | 03-31-17 | 200 | e.l.f Beauty Inc. | 5,400.00 | 5,600.48 | 200.48 | |
| 03-23-17 | 03-31-17 | 2,000 | Tandem Diabetes Care, Inc. | 2,500.00 | 2,479.94 | -20.06 | |
| 03-31-17 | 03-31-17 | 1 | Clearance charges | 1,024.00 | 0.00 | -1,024.00 | |
| TOTAL GAINS | | | | | | 103,514.23 | 0.00 |
| TOTAL LOSSES | | | | | | -49,369.83 | 0.00 |
| | | | | 9,217,821.44 | 9,271,965.84 | 54,144.40 | 0.00 |

TOTAL REALIZED GAIN/LOSS 54,144.40

Report run at 10:12:31 AM on 8/30/18