# EXHIBIT 8

# Certificate for the Purchase of
# Initial Public Offerings of Equity Securities



Janney
Trusted Advisors for Generations

To complete this form, please review the information in each section. Then complete the Account Information section and provide the signatures of all account owners. Please note: all bolded terms relating to the New Issue Rule or the IPO Allocation Rule are defined in the Glossary.

The Financial Industry Regulatory Authority (FINRA) Rule 5130 states that Janney Montgomery Scott LLC may not sell a new issue or initial public offering (IPO) to any account in which a restricted person holds a beneficial interest, unless the account qualifies for a general exemption under the Rule. As a condition to selling a new issue, FINRA requires that you sign and return this form to indicate whether or not your account is eligible to purchase shares of a new issue in accordance with the Rule. Also, for any new issue, you hereby certify that you will not act as a finder or in a fiduciary capacity to any managing underwriter of any new issue and that you will immediately notify Janney upon any change.

In addition, under FINRA Rule 5131 (the "IPO Allocation Rule"), firms may not (subject to certain exemptions) allocate shares of a new issue to any account in which an executive officer or director of a public company or a covered non-public company, or a person materially supported by such executive officer or director (collectively, "Covered Persons"), maintains a beneficial interest, unless the account qualifies for a general exemption.

## SECTION A. NEW ISSUE RULE (FINRA RULE 5130)

The undersigned hereby certifies, on behalf of each account for which it purchases new issues on or after the date hereof, that the account(s) is eligible to purchase new issues either because:

No restricted person (which includes those accounts that satisfy a general exemption listed on the appendix and/or, are not restricted persons based on the definition in appendix) holds a beneficial interest in the account(s), or because the account(s) has implemented procedures to reduce the beneficial interests of all restricted persons with respect to new issues to below in the aggregate 10%, and the undersigned hereby represents that it will follow such procedures in connection with the purchase by the account(s) of all new issues.

## SECTION B. IPO ALLOCATION RULE (FINRA RULE 5131)

The undersigned hereby certifies, on behalf of each account for which it purchases new issues on or after the date hereof, that the account(s) is eligible to purchase new issues either because:

(i) No person that holds a beneficial interest in the account(s) is a Covered Person or

(ii) The account(s) is eligible to purchase new issues because the account(s) (A) meets a general exemption (See Appendix), or (B) has implemented procedures to reduce the beneficial interests of all Covered Persons of a particular company with respect to new issues to in the aggregate below 25%, and the undersigned hereby represents that it will follow such procedures in connection with the purchase by the account(s) of all new issues.

The undersigned hereby further certifies that the he or she is authorized to provide this Certification and that the undersigned, or an authorized representative of the account(s), will promptly notify Janney if this Certification no longer applies. Under the U.S. Securities & Exchange Commission's electronic delivery of information requirements, the undersigned agrees to receive electronic mail for the purpose of recertifying this Certification through negative consent and to notify Janney in writing if the undersigned does not agree to receive such communications.



| Account Number | |
| Account Owner | |
| Joint Account Owner(s) | |
| Street Address | |
| City/State Zip Code | |
| SSN or Tax ID | |
| Owner Signature Today's Date | 3/30/17 |
| Joint Owner Signature Today's Date | |

## GLOSSARY

### New Issue Rule and IPO Allocation Rule Definitions

Associated person of a FINRA member firm. Any natural person who (i) is a sole proprietor, partner, officer, director, or branch manager of a FINRA member or broker dealer, or occupies a similar status or performs similar functions, (ii) a natural person engaged in the investment banking or securities business who is directly or indirectly controlling or controlled by a FINRA member or broker dealer (including, without limitation, as a result of being an employee of the FINRA member) or (iii) is registered or has applied for registration under the rules of FINRA.

Beneficial interest. Any economic interest, such as the right to share in gains or losses. The receipt of a management or performance based fee for operating a collective investment account, or other fees for acting in a fiduciary capacity is not considered a beneficial interest in the account.

Collective investment account. Any hedge fund, investment partnership, investment corporation, or any other collective investment vehicle that is engaged primarily in the purchase and sale of securities, but not (1) a legal entity that is beneficially owned solely by immediate family members or (2) an investment club comprising a group of friends, neighbors, business associates or others who pool their money to invest in stock or other securities and are collectively responsible for making investment decisions.

Covered non-public company. Any non-public company satisfying the following criteria: (i) income of at least $1 million in the last fiscal year or in two of the last three fiscal years and shareholders' equity of at least $15 million; (ii) shareholders' equity of at least $30 million and a two-year operating history; or (iii) total assets and total revenue of at least $75 million in the latest fiscal year or in two of the last three fiscal years.

**Covered Person.** An **executive officer or director** of a public company or a covered non-public company, or a person materially supported by such **executive officer or director.**

**Executive officer or director.** Any (i) person named as an **executive officer or director** in a U.S. public company's most recent proxy filed with the SEC or in an annual report filed with the SEC on Form 10-K or Form 20-F, (ii) **executive officer or director** of a foreign company that is registered with the SEC under the '34 Act, as amended, or (iii) **executive officer or director** of a covered non-public company.

**FINRA Member.** A member of the Financial Industry Regulatory Authority or any person or entity associated with a **FINRA member firm.**

**Immediate family member.** A person's parents, mother-in-law or father-in-law, spouse, brother or sister, brother-in-law or sister-in-law, son-in-law or daughter-in-law and children, and any other individual to whom the person provides **material support.**

**IPO Allocation Rule.** FINRA Rule 5131.

**Limited business broker-dealer.** Any broker-dealer whose authorization to engage in the securities business is limited solely to the purchase and sale of investment company/variable contracts securities and direct participation program securities.

**Material support.** Directly or indirectly providing more than 25% of a person's income in the prior calendar year. Members of the immediate family living in the same household are deemed to be providing each other with **material support.**

**New issue.** Any initial public offering of an equity security, as defined in Section 3(a)(11) of the Securities Exchange Act of 1934, as amended, made pursuant to a registration statement or offering circular.

**New Issue Rule.** FINRA Rule 5130.

### Restricted Person

1. A **FINRA member firm** or other broker-dealer.

2. An officer, director, general partner, **associated person or employee of a FINRA member firm** or any other broker-dealer (other than a **limited business broker-dealer**).

3. An agent of a **FINRA member firm** or any other broker-dealer (other than a **limited business broker-dealer**) that is engaged in the investment banking or securities business.

4. A person who acts as a finder or acts in a fiduciary capacity (including, but not limited to, attorneys, accountants and financial consultants) to any entity that at any time serves or may serve as a managing underwriter(s) of a **new issue.**

5. A person who has authority to buy or sell securities for a bank, savings and loan institution, insurance company, investment company, investment advisor or **collective investment account.**

6. A person listed, or required to be listed, on one of the following schedules to Form BD as filed, or required to be filed, with the SEC by a broker-dealer (other than with respect to a limited broker-dealer): (i) Schedule A, unless the person is identified by an ownership code of less than 10%; (ii) Schedule B, except persons whose listing on Schedule B relates to an ownership interest in a person listed on Schedule A identified by an ownership code of less than 10%; or (iii) Schedule C, unless the person would be excluded under the percentage ownership criteria for Schedules A or B above.

7. A person that directly or indirectly owns (i) 10% or more of a public reporting company listed, or required to be listed, on Schedule A of Form BD (other than a reporting company that is listed on a national securities exchange or other than with respect to a **limited business broker-dealer**), or (ii) 25% or more of a public reporting company listed, or required to be listed, on Schedule B of Form BD (other than a reporting company that is listed on a national securities exchange or other than with respect to a **limited business broker-dealer**).

8. An **immediate family member** of a person: (i) specified in items 2-7 that **materially supports,** or receives **material support** from, that person; (ii) specified in items 2, 3, 6 or 7 that has an ability to control the allocation of the **new issue;** (iii) specified in items 2-3 that is employed by or associated with the **FINRA member,** or any of its affiliates, selling the **new issue** to the **immediate family member;** or (iv) specified in items 6-7 that is an owner of the **FINRA member,** or any of its affiliates, selling the **new issue** to the **immediate family member.**

### General Exemptions

1. An investment company registered under the Investment Company Act of 1940, as amended (e.g., mutual funds).

2. A common trust fund or similar fund as described in Section 3(a)(12)(A)(iii) of the Securities Exchange Act of 1934, as amended, provided that: (i) the fund has investments from 1,000 or more accounts, and (ii) the fund does not limit **beneficial interests** in the fund principally to trust accounts of restricted persons.

3. An insurance company general, separate or investment account, provided: (i) the account is funded by premiums from 1,000 or more policyholders or, if a general account, the insurance company has 1,000 or more policyholders, and (ii) the insurance company does not limit the policyholders whose premiums are used to fund the account principally to restricted persons, or if a general account, the insurance company does not limit its policyholders principally to restricted persons.

4. A **collective investment account,** including a fund, limited partnership, joint back office broker-dealer or other entity, if the **beneficial interests** of:

a. For purposes of Section A, restricted persons, in the aggregate, do not exceed 10% of the account under the **New Issue Rule (FINRA Rule 5130);**

b. For purposes of Section B, covered persons of a particular company, in the aggregate, do not exceed 25% of the account under the **IPO Allocation Rule (FINRA Rule 5131).**

5. A publicly traded entity (other than a broker-dealer authorized to engage in the public offering of **new issues** either as a selling group member or underwriter, or an affiliate of such a broker-dealer) that is: (i) listed on a U.S. national securities exchange, or (ii) a foreign issuer whose securities meet the quantitative designation criteria for listing on a national securities exchange.

6. An investment company organized under the laws of a foreign jurisdiction, provided that: (i) the investment company is listed on a foreign exchange for sale to the public or authorized for sale to the public by a foreign regulatory authority; and (ii) no person owning more than 5% of the shares of the investment company is a restricted person.

7. An ERISA benefit plan that is qualified under Section 401(a) of the Internal Revenue Code, provided that the plan is not sponsored solely by a broker-dealer.

8. A state or municipal government benefits plan that is subject to state regulation and/or municipal regulation.

9. A tax-exempt charitable organization under Section 501(c)(3) of the Internal Revenue Code.

10. A church plan under Section 414(e) of the Internal Revenue Code.