# EXHIBIT 9

# CLFS EQUITIES, LLLP

410 17th Street, Suite 1705
Denver, CO 80202

## INVOICE

April 1, 2017



**Gross Income Calculation**
2017 Year-to-Date Gross Income through 3/31/2017      $   55,082.63

**CLFS Equities Share of Gross Income**
30% of Gross Income                                   $   16,524.79

**Total CLFS Equities Share of Gross Income**         $   16,524.79

Less Amount Paid                                      $        -

**Grand Total Amount Due (From) CLFS Equities**       $   16,524.79

Balance due 5 Calendar Days from Receipt

NOTE: Calculation based on preliminary numbers. Adjustment to actual will be made at year-end prior to April 15, 2018.