**EXHIBIT 10**

# IPO CERTIFICATION
(FINRA Rules 5130 and 5131)



| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ |

(Office Use Only)

**Account Title**

■■■■■■■■■■■■■■■■

---

**SECTION A (Rule 5130)**
(Please check one of the applicable boxes.)

FINRA Rule 5130 is designed to protect the integrity of the public offering process by ensuring a bona fide or good faith distribution to the public of Equity IPOs[1]. Wells Fargo Advisors ("WFA") may not sell or cause to be sold an equity IPO to any account in which a restricted person holds a beneficial interest unless the account qualifies for a general exemption under the Rule. (Definitions of all bolded terms are provided at the end of this document.)

- [X] The account is eligible to purchase new issues either because no restricted person (which includes those accounts that meet a general exemption and, by definition, are not restricted persons) holds a beneficial interest in the account; or

- [ ] The undersigned is a conduit (such as a bank, foreign bank, broker/dealer, or investment adviser) and all purchases of new issues are, and will be, in compliance with the Rule. If the beneficial interests of all restricted persons in any one account exceeds, in the aggregate, 10% of the account but the account has implemented procedures to reduce the beneficial interest of all restricted persons with respect to new issues to, in the aggregate, below 10%, the undersigned hereby represents that it will follow such procedures in connection with the purchase by the account of all new issues.

If neither of the statements apply to you, you are not eligible to purchase equity IPOs and you need not return this document.

**SECTION B (Rule 5131)**

This rule was established to prevent abuses in the allocation and distribution of shares in equity IPOs. It prohibits equity IPO allocations to executive officers and directors (or individuals that they materially support) of a public company or a covered non-public company that is a current, former or prospective investment banking client of Wells Fargo or its affiliates.

1) Are you, or is anyone who holds a **beneficial interest** in the account, an executive officer or director of a public company or a **covered non-public company** or materially supported by such persons?

   - [X] No, I am not     (Please proceed to Page 2 to sign and return form)
   - [ ] Yes, I am         (Please proceed to question #2 below)

2) If you are, or anyone who holds a beneficial interest in the account is, an executive officer or director of a public company or a covered non-public company or materially supported by such persons, please supply the information below. This will be used to determine if one of the companies with whom you are associated is a current, former or prospective investment banking client of Wells Fargo. If associated with Wells Fargo in this manner, you will not be eligible to receive IPO shares. To assist us in determining eligibility, please answer the following:

---

Investment and Insurance Products:

| Not Insured by FDIC or any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or Any Bank Affiliate |

Wells Fargo Advisors, LLC is a registered broker-dealer and separate non-bank affiliate of Wells Fargo & Company

[1] See "Additional Information Regarding Syndicate Practices."

☐ Name of the company for whom such person (or the person who materially supports such person) is an executive officer.

Company Name [_____]
Title [_____]
Public Company Ticker Symbol [_____]

☐ Name of the company(ies) for whom such person (or the person who materially supports such person) is a director.

Company Name [_____]
Public Company Ticker Symbol [_____]

Company Name [_____]
Public Company Ticker Symbol [_____]

Company Name [_____]
Public Company Ticker Symbol [_____]

By signing below, you are attesting to your eligibility to purchase equity IPOs. In addition, you hereby represent that you will not act as a finder or in a fiduciary capacity to any managing underwriter of any new issue. You further agree to promptly notify Wells Fargo Advisors, in writing, if there is any change to the information you have provided.

NOTE: Each holder of beneficial interest in the account must sign below. To the extent that each beneficial interest holder in the account does not sign below, you are certifying that you are authorized to make such representation on their behalf.

**CLIENT SIGNATURE**

Date: 5/6/16

[signature redacted]

Print Name | Title (if applicable) | Date

Client Signature X
Print Name | Title (if applicable) | Date

Client Signature X
Print Name | Title (if applicable) | Date

---

**Internal Use Only**

Completed form (first 2 pages) must be faxed to: New Accounts Department. Fax (704) 427-7551 | Copy 2 – Branch | Copy 3 – Client

669054 (Rev 08 – 03/14)                                                                 Page 2 of 4