**EXHIBIT 11**

# CLFS EQUITIES, LLLP

410 17th Street, Suite 1705
Denver, CO 80202

## INVOICE

April 1, 2017



| | | |
|---|---|---|
| **Adjusted Gross Income Calculation** | | |
| 2017 Year-to-Date Gross Income through 3/31/2017* | $ | 2,934.92 |
| Less: Interest Expense through 3/31/2017 | $ | - |
| Adjusted Gross Income through 3/31/2017 | $ | 2,934.92 |
| | | |
| **CLFS Equities Share of Gross Income** | | |
| 40% $0 - $1,000,000 | $ | 1,173.97 |
| 30% >$1,000,000 | $ | - |
| Total CLFS Equities Share of Gross Income | $ | 1,173.97 |
| | | |
| Less: Amount Paid | $ | - |
| | | |
| Amount Due (From) CLFS Equities | $ | 1,173.97 |

Balance due 5 Calendar Days from Receipt

NOTE: Calculation based on preliminary numbers. Adjustment to actual will be made at year-end prior to April 15, 2018.

\* Includes Interest and Dividend Income