**EXHIBIT 12**

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▮
From 01-01-17 Through 03-31-17

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 12-30-16 | 01-04-17 | 200 | Clearside Biomedical Inc. | 1,827.00 | 1,877.95 | 50.95 | |
| 01-04-17 | 01-04-17 | 100 | Clovis Oncology Inc. | 4,100.00 | 4,187.98 | 87.98 | |
| 01-05-17 | 01-05-17 | 500 | Hudson Pacific Properties Inc. | 17,575.00 | 17,559.61 | -15.39 | |
| 01-05-17 | 01-05-17 | 1,000 | Hudson Pacific Properties Inc. | 35,150.00 | 35,139.23 | -10.77 | |
| 01-05-17 | 01-05-17 | 100 | Kilroy Realty Corp. | 7,275.00 | 7,308.16 | 33.16 | |
| 01-05-17 | 01-05-17 | 500 | Kilroy Realty Corp. | 36,375.00 | 36,540.78 | 165.78 | |
| 01-05-17 | 01-05-17 | 1,000 | Loxo Oncology Inc. | 31,000.00 | 33,217.97 | 2,217.97 | |
| 01-05-17 | 01-05-17 | 1,500 | KNOT Offshore Partners LP | 33,675.00 | 33,426.87 | -248.13 | |
| 01-05-17 | 01-05-17 | 200 | Helix Energy Solutions | 1,730.00 | 1,808.18 | 78.18 | |
| 01-05-17 | 01-05-17 | 500 | Helix Energy Solutions | 4,325.00 | 4,550.45 | 225.45 | |
| 01-06-17 | 01-06-17 | 25,000 | Ford Motor Co. | 320,437.50 | 318,855.52 | -1,581.98 | |
| 01-06-17 | 01-06-17 | 1,000 | Summit Materials | 24,050.00 | 23,962.47 | -87.53 | |
| 01-06-17 | 01-06-17 | 1,500 | Moelis & Company | 49,125.00 | 50,461.99 | 1,336.99 | |
| 01-06-17 | 01-06-17 | 100 | Moelis & Company | 3,275.00 | 3,345.46 | 70.46 | |
| 01-10-17 | 01-10-17 | 2,500 | Williams Companies | 72,500.00 | 71,661.18 | -838.82 | |
| 01-10-17 | 01-10-17 | 300 | Williams Companies | 8,700.00 | 8,581.74 | -118.26 | |
| 01-11-17 | 01-11-17 | 2,000 | Parsley Energy Inc. | 70,000.00 | 72,024.42 | 2,024.42 | |
| 01-12-17 | 01-12-17 | 1,500 | Kosmos Energy Ltd. | 9,975.00 | 9,915.38 | -59.62 | |
| 01-13-17 | 01-13-17 | 1,000 | WPX Energy Inc. | 13,350.00 | 13,734.10 | 384.10 | |
| 01-18-17 | 01-18-17 | 1,000 | Pennsylvania Real Est Trust | 25,000.00 | 24,882.76 | -117.24 | |
| 01-18-17 | 01-18-17 | 2,800 | Pennsylvania Real Est Trust | 70,000.00 | 69,671.72 | -328.28 | |
| 01-18-17 | 01-18-17 | 523 | Pennsylvania Real Est Trust | 13,075.00 | 13,013.68 | -61.32 | |
| 01-19-17 | 01-19-17 | 1,000 | Zynerba Pharmaceuticals Inc. | 18,000.00 | 19,080.68 | 1,080.68 | |
| 01-19-17 | 01-19-17 | 700 | Viper Energy Partners LP | 10,850.00 | 11,014.94 | 164.94 | |
| 01-19-17 | 01-19-17 | 200 | Viper Energy Partners LP | 3,100.00 | 3,147.13 | 47.13 | |
| 01-19-17 | 01-19-17 | 700 | Advance Pierrre Foods Inc. | 18,900.00 | 19,117.76 | 217.76 | |
| 01-19-17 | 01-19-17 | 100 | Advance Pierrre Foods Inc. | 2,700.00 | 2,731.11 | 31.11 | |
| 01-19-17 | 01-19-17 | 1,000 | Advance Pierrre Foods Inc. | 27,000.00 | 27,311.09 | 311.09 | |
| 01-19-17 | 01-19-17 | 15,000 | AK Steel Holding Corp. | 143,506.50 | 141,962.90 | -1,543.60 | |
| 01-19-17 | 01-19-17 | 800 | Advance Pierrre Foods Inc. | 21,600.00 | 22,119.51 | 519.51 | |
| 01-19-17 | 01-19-17 | 800 | Advance Pierrre Foods Inc. | 21,600.00 | 21,776.00 | 176.00 | |
| 01-19-17 | 01-20-17 | 1,000 | Viper Energy Partners LP | 15,500.00 | 15,859.65 | 359.65 | |
| 01-20-17 | 01-20-17 | 125 | Carolina Financial Corp | 3,500.00 | 3,654.74 | 154.74 | |
| 01-20-17 | 01-20-17 | 100 | Almost Family Inc. | 4,450.00 | 4,604.89 | 154.89 | |
| 01-20-17 | 01-20-17 | 25,000 | Ford Motor Co. | 309,432.50 | 307,255.76 | -2,176.74 | |
| 01-20-17 | 01-20-17 | 1,500 | Affimed N.V. | 2,700.00 | 2,538.79 | -161.21 | |
| 01-20-17 | 01-20-17 | 2,000 | Affimed N.V. | 3,600.00 | 3,391.72 | -208.28 | |
| 01-20-17 | 01-20-17 | 1,200 | Stemline Therapeutics | 12,000.00 | 12,626.16 | 626.16 | |
| 01-20-17 | 01-20-17 | 300 | Keane Group Inc. | 5,700.00 | 6,550.48 | 850.48 | |
| 01-20-17 | 01-20-17 | 400 | Keane Group Inc. | 7,600.00 | 8,733.98 | 1,133.98 | |
| 01-20-17 | 01-20-17 | 725 | Keane Group Inc. | 13,775.00 | 15,949.65 | 2,174.65 | |
| 01-20-17 | 01-20-17 | 725 | Keane Group Inc. | 13,775.00 | 15,808.08 | 2,033.08 | |
| 01-24-17 | 01-24-17 | 100 | Pinnacle Financial Partners | 6,250.00 | 6,343.10 | 93.10 | |
| 01-24-17 | 01-24-17 | 400 | GasLog Partners LP | 8,200.00 | 8,142.98 | -57.02 | |

1

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▉
From 01-01-17 Through 03-31-17

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 01-24-17 | 01-24-17 | 3,200 | Cascadian Therapeutics | 10,560.00 | 11,570.30 | 1,010.30 | |
| 01-25-17 | 01-25-17 | 100 | Smartfinancial Inc | 1,925.00 | 2,035.35 | 110.35 | |
| 01-25-17 | 01-25-17 | 200 | Patterson-UTI Energy Inc. | 5,290.00 | 5,550.55 | 260.55 | |
| 01-25-17 | 01-25-17 | 500 | Liberty Media Corp. | 14,575.00 | 14,552.18 | -22.82 | |
| 01-25-17 | 01-25-17 | 1,500 | Newtek Business Services Corp. | 22,875.00 | 22,950.40 | 75.40 | |
| 01-25-17 | 01-25-17 | 1,450 | Newtek Business Services Corp. | 22,112.50 | 22,185.39 | 72.89 | |
| 01-25-17 | 01-25-17 | 100 | Smartfinancial Inc | 1,925.00 | 1,979.95 | 54.95 | |
| 01-18-17 | 01-26-17 | 236 | Pennsylvania Real Est Trust | 5,900.00 | 5,888.59 | -11.41 | |
| 01-26-17 | 01-26-17 | 3,000 | ObsEva Inc. | 45,000.00 | 37,178.18 | -7,821.82 | |
| 01-26-17 | 01-26-17 | 1,000 | ObsEva Inc. | 15,000.00 | 12,392.73 | -2,607.27 | |
| 01-26-17 | 01-26-17 | 150 | AnaptysBio Inc. | 2,250.00 | 2,479.87 | 229.87 | |
| 01-26-17 | 01-26-17 | 1,000 | AnaptysBio Inc. | 15,000.00 | 16,532.44 | 1,532.44 | |
| 01-26-17 | 01-26-17 | 800 | Kornit Digital, Ltd | 13,200.00 | 13,703.30 | 503.30 | |
| 01-26-17 | 01-26-17 | 100 | US Foods Holding Corp | 2,600.00 | 2,646.23 | 46.23 | |
| 01-26-17 | 01-26-17 | 400 | US Foods Holding Corp | 10,400.00 | 10,584.93 | 184.93 | |
| 01-26-17 | 01-26-17 | 300 | AnaptysBio Inc. | 4,500.00 | 4,754.89 | 254.89 | |
| 01-26-17 | 01-26-17 | 300 | Kornit Digital, Ltd | 4,950.00 | 5,204.88 | 254.88 | |
| 01-26-17 | 01-26-17 | 425 | US Foods Holding Corp | 11,050.00 | 11,237.04 | 187.04 | |
| 01-26-17 | 01-26-17 | 425 | US Foods Holding Corp | 11,050.00 | 11,219.75 | 169.75 | |
| **01-27-17** | **01-27-17** | **10,000** | **Ford Motor Co.** | **125,800.00** | **124,910.27** | **-889.73** | |
| 01-27-17 | 01-27-17 | 200 | Horizon Global Corp. | 3,700.00 | 3,829.47 | 129.47 | |
| 01-27-17 | 01-27-17 | 200 | Jagged Peak Energy Inc. | 3,000.00 | 2,810.70 | -189.30 | |
| 01-27-17 | 01-27-17 | 400 | Jagged Peak Energy Inc. | 6,000.00 | 5,587.39 | -412.61 | |
| 01-27-17 | 01-27-17 | 600 | Veritas Investment Partners Inc. | 66,000.00 | 65,584.30 | -415.70 | |
| 01-18-17 | 01-27-17 | 1,241 | Pennsylvania Real Est Trust | 31,025.00 | 30,967.98 | -57.02 | |
| 01-18-17 | 01-27-17 | 1,500 | Pennsylvania Real Est Trust | 37,500.00 | 37,391.08 | -108.92 | |
| 01-27-17 | 01-27-17 | 50 | REV Group Inc. | 1,100.00 | 1,266.44 | 166.44 | |
| 01-27-17 | 01-27-17 | 100 | REV Group Inc. | 2,200.00 | 2,532.89 | 332.89 | |
| 01-27-17 | 01-27-17 | 750 | REV Group Inc. | 16,500.00 | 18,996.66 | 2,496.66 | |
| 01-27-17 | 01-27-17 | 300 | REV Group Inc. | 6,600.00 | 7,598.66 | 998.66 | |
| 01-27-17 | 01-27-17 | 200 | Jounce Therapeutics | 3,200.00 | 3,520.35 | 320.35 | |
| 01-27-17 | 01-27-17 | 100 | Jounce Therapeutics | 1,600.00 | 1,760.17 | 160.17 | |
| 01-27-17 | 01-27-17 | 800 | Jeld-Wen Holding Inc. | 18,400.00 | 20,537.85 | 2,137.85 | |
| 01-27-17 | 01-27-17 | 500 | Jeld-Wen Holding Inc. | 11,500.00 | 12,836.15 | 1,336.15 | |
| 01-27-17 | 01-27-17 | 100 | Jeld-Wen Holding Inc. | 2,300.00 | 2,567.23 | 267.23 | |
| 01-27-17 | 01-27-17 | 100 | Jeld-Wen Holding Inc. | 2,300.00 | 2,567.23 | 267.23 | |
| 01-27-17 | 01-27-17 | 200 | Mercury Computer Systems | 6,600.00 | 6,790.59 | 190.59 | |
| 01-27-17 | 01-27-17 | 500 | Jeld-Wen Holding Inc. | 11,500.00 | 12,519.72 | 1,019.72 | |
| 01-27-17 | 01-27-17 | 100 | REV Group Inc. | 2,200.00 | 2,529.94 | 329.94 | |
| 01-27-17 | 01-30-17 | 200 | Jeld-Wen Holding Inc. | 4,600.00 | 5,199.88 | 599.88 | |
| 01-31-17 | 01-31-17 | 1,000 | Summit Midstream Partners LP | 24,000.00 | 23,986.57 | -13.43 | |
| 01-31-17 | 01-31-17 | 4,000 | Rigel Pharmaceuticals Inc. | 8,000.00 | 8,192.22 | 192.22 | |

Report run at 01:41:53 PM on 8/30/18

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▮
From 01-01-17 Through 03-31-17

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 01-31-17 | 01-31-17 | 2,200 | New Residential Investment Corp. | 33,000.00 | 33,376.13 | 376.13 | |
| 01-31-17 | 01-31-17 | 1,000 | New Residential Investment Corp. | 15,000.00 | 15,170.97 | 170.97 | |
| 01-31-17 | 01-31-17 | 2,000 | New Residential Investment Corp. | 30,000.00 | 30,341.93 | 341.93 | |
| 01-31-17 | 01-31-17 | 2,600 | New Residential Investment Corp. | 39,000.00 | 39,444.52 | 444.52 | |
| 01-31-17 | 01-31-17 | 1 | Clearance charges | 1,858.00 | 0.00 | -1,858.00 | |
| 01-26-17 | 02-01-17 | -100 | US Foods Holding Corp | 2,600.00 | 2,630.23 | 30.23 | |
| 02-01-17 | 02-01-17 | 500 | Taylor Morrison Home Corp. | 9,500.00 | 9,317.38 | -182.62 | |
| 02-01-17 | 02-01-17 | 1,000 | Taylor Morrison Home Corp. | 19,000.00 | 18,634.76 | -365.24 | |
| 02-01-17 | 02-01-17 | 700 | Milacron Holdings Corp. | 11,375.00 | 11,445.74 | 70.74 | |
| 02-01-17 | 02-01-17 | 600 | Milacron Holdings Corp. | 9,750.00 | 9,810.63 | 60.63 | |
| 02-01-17 | 02-01-17 | 200 | Inviation Homes Inc. | 4,000.00 | 4,003.21 | 3.21 | |
| 02-01-17 | 02-01-17 | 50 | Inviation Homes Inc. | 1,000.00 | 1,005.43 | 5.43 | |
| 02-01-17 | 02-01-17 | 500 | Inviation Homes Inc. | 10,000.00 | 10,054.28 | 54.28 | |
| 02-01-17 | 02-01-17 | 1,000 | Inviation Homes Inc. | 20,000.00 | 20,108.56 | 108.56 | |
| 02-01-17 | 02-01-17 | 1,500 | Inviation Homes Inc. | 30,000.00 | 30,162.85 | 162.85 | |
| 02-01-17 | 02-01-17 | 1,700 | First Hawaiian Inc. | 54,400.00 | 54,205.18 | -194.82 | |
| 02-01-17 | 02-01-17 | 200 | First Hawaiian Inc. | 6,400.00 | 6,377.08 | -22.92 | |
| 02-01-17 | 02-01-17 | 100 | First Hawaiian Inc. | 3,200.00 | 3,188.54 | -11.46 | |
| 02-01-17 | 02-01-17 | 500 | First Hawaiian Inc. | 16,000.00 | 15,942.70 | -57.30 | |
| 02-01-17 | 02-01-17 | 1,000 | First Hawaiian Inc. | 32,000.00 | 31,885.41 | -114.59 | |
| 02-01-17 | 02-01-17 | 300 | First Hawaiian Inc. | 9,600.00 | 9,585.80 | -14.20 | |
| 02-01-17 | 02-01-17 | 100 | Veritas Investment Partners Inc. | 11,000.00 | 10,998.76 | -1.24 | |
| 02-01-17 | 02-01-17 | 800 | REV Group Inc. | 17,600.00 | 20,593.55 | 2,993.55 | |
| 02-01-17 | 02-01-17 | 400 | Inviation Homes Inc. | 8,000.00 | 8,061.82 | 61.82 | |
| 02-01-17 | 02-01-17 | 400 | Inviation Homes Inc. | 8,000.00 | 8,085.82 | 85.82 | |
| 02-02-17 | 02-02-17 | 500 | First BanCorp (Puerto Rico) | 3,215.00 | 3,165.28 | -49.72 | |
| 02-02-17 | 02-02-17 | 1,250 | Smart Sand Inc. | 21,875.00 | 22,287.48 | 412.48 | |
| 02-02-17 | 02-02-17 | 400 | Smart Sand Inc. | 7,000.00 | 7,132.00 | 132.00 | |
| 02-03-17 | 02-03-17 | 400 | Kimball Royalty Partners LP | 7,200.00 | 7,423.55 | 223.55 | |
| 02-03-17 | 02-03-17 | 750 | Ramaco Resources Inc. | 10,125.00 | 10,612.94 | 487.94 | |
| 02-03-17 | 02-03-17 | 500 | Ramaco Resources Inc. | 6,750.00 | 7,075.30 | 325.30 | |
| 02-07-17 | 02-07-17 | 400 | Antero Resources Corporation | 13,200.00 | 13,720.26 | 520.26 | |
| 02-08-17 | 02-08-17 | 1,500 | Parsley Energy Inc. | 46,500.00 | 46,343.53 | -156.47 | |
| 02-08-17 | 02-08-17 | 1,000 | AMC Entertainment Inc. | 31,500.00 | 31,073.92 | -426.08 | |
| 02-08-17 | 02-08-17 | 1,000 | AMC Entertainment Inc. | 31,500.00 | 31,073.92 | -426.08 | |
| 02-08-17 | 02-08-17 | 500 | AMC Entertainment Inc. | 15,750.00 | 15,536.96 | -213.04 | |
| 02-08-17 | 02-08-17 | 200 | Coherus BioSciences Inc. | 4,850.00 | 4,711.69 | -138.31 | |
| 02-08-17 | 02-08-17 | 1,250 | Parsley Energy Inc. | 38,750.00 | 38,621.15 | -128.85 | |
| 02-08-17 | 02-08-17 | 500 | Golar LNG Partners LP | 11,500.00 | 11,593.24 | 93.24 | |
| 02-08-17 | 02-08-17 | 500 | Golar LNG Partners LP | 11,500.00 | 11,579.74 | 79.74 | |

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▮
From 01-01-17 Through 03-31-17

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 02-08-17 | 02-08-17 | 1,250 | Parsley Energy Inc. | 38,750.00 | 38,249.16 | -500.84 | |
| 02-09-17 | 02-09-17 | 7,000 | Sierra Oncology Inc | 9,450.00 | 9,317.49 | -132.51 | |
| 02-09-17 | 02-09-17 | 50 | Houlihan Lokey Inc. | 1,462.50 | 1,475.98 | 13.48 | |
| 02-10-17 | 02-10-17 | 500 | Foundation Building Materials Inc. | 7,000.00 | 7,878.59 | 878.59 | |
| 02-10-17 | 02-10-17 | 200 | Foundation Building Materials Inc. | 2,800.00 | 3,151.43 | 351.43 | |
| 02-14-17 | 02-14-17 | 1,000 | PennantPark Floating Rate Capital | 13,620.00 | 13,529.20 | -90.80 | |
| 02-14-17 | 02-14-17 | 1,000 | PennantPark Floating Rate Capital | 13,620.00 | 13,613.90 | -6.10 | |
| 02-15-17 | 02-15-17 | 1,250 | Alcoa Inc. | 47,812.50 | 47,805.45 | -7.05 | |
| 02-15-17 | 02-15-17 | 1,250 | Alcoa Inc. | 47,812.50 | 47,466.34 | -346.16 | |
| 02-16-17 | 02-16-17 | 200 | NGL Energy Partners LP | 4,490.00 | 4,583.97 | 93.97 | |
| 02-16-17 | 02-16-17 | 250 | NGL Energy Partners LP | 5,612.50 | 5,734.97 | 122.47 | |
| 02-16-17 | 02-16-17 | 100 | CIT Group Inc. | 4,250.00 | 4,266.85 | 16.85 | |
| 02-16-17 | 02-16-17 | 1,000 | Zayo Group Holdings LLC | 31,300.00 | 31,004.62 | -295.38 | |
| 02-16-17 | 02-16-17 | 500 | TransUnion | 18,450.00 | 18,405.74 | -44.26 | |
| 02-17-17 | 02-17-17 | 100 | Atkore International Group Inc. | 2,500.00 | 2,560.12 | 60.12 | |
| 02-17-17 | 02-17-17 | 100 | Atkore International Group Inc. | 2,500.00 | 2,560.12 | 60.12 | |
| 02-17-17 | 02-17-17 | 200 | Atkore International Group Inc. | 5,000.00 | 5,120.25 | 120.25 | |
| 02-22-17 | 02-22-17 | 2,500 | Parker Drilling Co. | 5,250.00 | 4,962.39 | -287.61 | |
| 02-22-17 | 02-22-17 | 200 | Tesoro Logistics LP | 11,360.00 | 11,230.66 | -129.34 | |
| 02-22-17 | 02-22-17 | 250 | Tesoro Logistics LP | 14,200.00 | 14,038.33 | -161.67 | |
| 02-22-17 | 02-22-17 | 1,000 | Yum Brands Inc | 66,550.00 | 66,118.55 | -431.45 | |
| 02-22-17 | 02-22-17 | 1,000 | Yum Brands Inc | 66,550.00 | 65,210.77 | -1,339.23 | |
| 02-22-17 | 02-23-17 | 2,003 | CIM pfds | 50,075.00 | 49,713.43 | -361.57 | |
| 02-23-17 | 02-23-17 | 100 | The Bank of N.T. Butterfield & Son | 3,175.00 | 3,167.80 | -7.20 | |
| 02-23-17 | 02-23-17 | 250 | GMS Inc. (Gypsum Mgmt & Supply) | 7,312.50 | 7,439.23 | 126.73 | |
| 02-23-17 | 02-23-17 | 3,500 | Cloud Peak Energy Inc. | 17,850.00 | 18,228.65 | 378.65 | |
| 02-23-17 | 02-23-17 | 200 | Cloud Peak Energy Inc. | 1,020.00 | 1,041.64 | 21.64 | |
| 02-23-17 | 02-23-17 | 500 | Cloud Peak Energy Inc. | 2,550.00 | 2,604.09 | 54.09 | |
| 02-23-17 | 02-23-17 | 10,000 | Silver Trust | 173,000.00 | 171,496.24 | -1,503.76 | |
| 02-23-17 | 02-23-17 | 500 | The Bank of N.T. Butterfield & Son | 15,875.00 | 15,783.15 | -91.85 | |
| 02-22-17 | 02-24-17 | 497 | CIM pfds | 12,425.00 | 12,366.19 | -58.81 | |
| 02-22-17 | 02-24-17 | 1,500 | CIM pfds | 37,500.00 | 37,321.41 | -178.59 | |
| 02-24-17 | 02-24-17 | 50,000 | Ishares Gold Trust | 608,500.00 | 604,611.81 | -3,888.19 | |
| 02-24-17 | 02-24-17 | 1,000 | Hi-Crush Partners LP | 18,000.00 | 17,893.00 | -107.00 | |
| 02-24-17 | 02-24-17 | 500 | Plains GP Holdings LP | 15,500.00 | 15,722.35 | 222.35 | |
| 02-27-17 | 02-27-17 | 20,000 | US Oil Fund | 230,800.00 | 228,194.99 | -2,605.01 | |

4

Report run at 01:41:53 PM on 8/30/18

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▮
*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 02-28-17 | 02-28-17 | 150 | Hudson Pacific Properties Inc. | 5,400.00 | 5,455.99 | 55.99 | |
| 02-28-17 | 02-28-17 | 1,000 | Realty Income Corp. | 62,000.00 | 61,492.96 | -507.04 | |
| 02-28-17 | 02-28-17 | 200 | Realty Income Corp. | 12,400.00 | 12,298.59 | -101.41 | |
| 02-28-17 | 02-28-17 | 3,250 | Realty Income Corp. | 201,500.00 | 199,852.12 | -1,647.88 | |
| 02-28-17 | 02-28-17 | 1,000 | Triangle Capital Corp. | 19,500.00 | 19,328.17 | -171.83 | |
| 02-28-17 | 02-28-17 | 500 | The Trade Desk Inc. | 17,750.00 | 19,434.12 | 1,684.12 | |
| 02-28-17 | 02-28-17 | 1 | Clearance charges | 1,161.00 | 0.00 | -1,161.00 | |
| 02-28-17 | 03-01-17 | -500 | Triangle Capital Corp. | 9,750.00 | 9,654.08 | -95.92 | |
| 03-01-17 | 03-01-17 | 700 | Apollo Global Mgmt pfd | 17,500.00 | 17,403.75 | -96.25 | |
| 03-01-17 | 03-01-17 | 300 | Apollo Global Mgmt pfd | 7,500.00 | 7,458.20 | -41.80 | |
| 03-01-17 | 03-01-17 | 1,127 | Apollo Global Mgmt pfd | 28,175.00 | 28,019.42 | -155.58 | |
| 03-01-17 | 03-01-17 | 73 | Apollo Global Mgmt pfd | 1,825.00 | 1,819.89 | -5.11 | |
| 03-01-17 | 03-01-17 | 1,437 | Apollo Global Mgmt pfd | 35,925.00 | 35,824.41 | -100.59 | |
| 03-01-17 | 03-01-17 | 63 | Apollo Global Mgmt pfd | 1,575.00 | 1,568.22 | -6.78 | |
| 03-01-17 | 03-01-17 | 1,000 | Apollo Global Mgmt pfd | 25,000.00 | 24,890.96 | -109.04 | |
| 03-01-17 | 03-01-17 | 200 | AMERIS Bancorp | 9,300.00 | 9,562.51 | 262.51 | |
| 03-01-17 | 03-01-17 | 50 | Hamilton Lane Inc. | 800.00 | 899.58 | 99.58 | |
| 03-01-17 | 03-01-17 | 300 | Hamilton Lane Inc. | 4,800.00 | 5,397.49 | 597.49 | |
| 03-01-17 | 03-01-17 | 100 | Hamilton Lane Inc. | 1,600.00 | 1,799.00 | 199.00 | |
| 03-01-17 | 03-01-17 | 200 | Hamilton Lane Inc. | 3,200.00 | 3,524.92 | 324.92 | |
| 02-22-17 | 03-01-17 | 5,000 | CIM pfds | 125,000.00 | 124,494.00 | -506.00 | |
| 03-01-17 | 03-01-17 | 750 | Realty Income Corp. | 46,500.00 | 46,103.59 | -396.41 | |
| 03-01-17 | 03-01-17 | 750 | Realty Income Corp. | 46,500.00 | 45,967.99 | -532.01 | |
| 03-01-17 | 03-01-17 | 100 | Hudson Pacific Properties Inc. | 3,600.00 | 3,633.92 | 33.92 | |
| 03-01-17 | 03-01-17 | 750 | Triangle Capital Corp. | 14,625.00 | 14,512.18 | -112.82 | |
| 03-01-17 | 03-01-17 | 750 | Triangle Capital Corp. | 14,625.00 | 14,489.16 | -135.84 | |
| 03-01-17 | 03-01-17 | 700 | Hamilton Lane Inc. | 11,200.00 | 12,664.70 | 1,464.70 | |
| 03-02-17 | 03-02-17 | 50,000 | US Natural Gas Fund | 339,015.00 | 335,498.40 | -3,516.60 | |
| 03-02-17 | 03-02-17 | 1,500 | Kite Pharma Inc. | 112,500.00 | 113,377.67 | 877.67 | |
| 03-02-17 | 03-02-17 | 500 | Colony Starwood Homes | 16,250.00 | 16,665.43 | 415.43 | |
| 03-02-17 | 03-02-17 | 500 | Ares Management LP | 10,000.00 | 9,870.28 | -129.72 | |
| 03-02-17 | 03-02-17 | 1,000 | Ares Management LP | 20,000.00 | 19,767.23 | -232.77 | |
| 03-02-17 | 03-02-17 | 500 | Ares Management LP | 10,000.00 | 9,883.62 | -116.38 | |
| 03-02-17 | 03-02-17 | 50 | IberiaBank Corp. | 4,150.00 | 4,140.34 | -9.66 | |
| 03-02-17 | 03-02-17 | 300 | IberiaBank Corp. | 24,900.00 | 24,842.04 | -57.96 | |
| 03-02-17 | 03-02-17 | 100 | IberiaBank Corp. | 8,300.00 | 8,280.68 | -19.32 | |
| 03-02-17 | 03-02-17 | 200 | IberiaBank Corp. | 16,600.00 | 16,561.37 | -38.63 | |
| 03-02-17 | 03-02-17 | 75 | Snap Inc. | 1,275.00 | 1,857.80 | 582.80 | |
| 03-02-17 | 03-02-17 | 100 | Snap Inc. | 1,700.00 | 2,477.07 | 777.07 | |
| 03-02-17 | 03-02-17 | 175 | Snap Inc. | 2,975.00 | 4,334.88 | 1,359.88 | |
| 03-02-17 | 03-02-17 | 400 | Snap Inc. | 6,800.00 | 9,908.30 | 3,108.30 | |
| 03-02-17 | 03-02-17 | 50 | Snap Inc. | 850.00 | 1,238.54 | 388.54 | |
| 03-02-17 | 03-02-17 | 100 | Snap Inc. | 1,700.00 | 2,477.07 | 777.07 | |

**C.L.F.S., Ltd.**
**REALIZED GAINS AND LOSSES**
*Trading Reports Prepared for* ▮
*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 11-01-16 | 03-02-17 | 276 | Axis Capital Hldgs Cumm PRFD | 6,900.00 | 6,365.70 | -534.30 | |
| 03-02-17 | 03-02-17 | 100 | Snap Inc. | 1,700.00 | 2,344.94 | 644.94 | |
| 10-04-16 | 03-02-17 | 1,250 | National Retail Prop Inc. Pfds | 31,250.00 | 27,983.38 | -3,266.62 | |
| 03-02-17 | 03-02-17 | 2,000 | Ares Management LP | 40,000.00 | 39,508.13 | -491.87 | |
| 03-02-17 | 03-02-17 | 2,600 | Snap Inc. | 44,200.00 | 62,392.63 | 18,192.63 | |
| 03-02-17 | 03-02-17 | 2,750 | Snap Inc. | 46,750.00 | 69,224.57 | 22,474.57 | |
| 10-06-16 | 03-02-17 | 1,250 | Public Storage Inc. Pref | 31,250.00 | 27,897.89 | -3,352.11 | |
| 03-02-17 | 03-02-17 | 500 | Colony Starwood Homes | 16,250.00 | 16,838.88 | 588.88 | |
| 10-31-16 | 03-02-17 | 2,500 | Axis Capital Hldgs Cumm PRFD | 62,500.00 | 57,967.73 | -4,532.27 | |
| 03-03-17 | 03-03-17 | 500 | Regency Centers Corp. | 34,315.00 | 34,194.20 | -120.80 | |
| 03-03-17 | 03-03-17 | 900 | Builders FirstSource Inc. | 13,185.00 | 13,234.91 | 49.91 | |
| 03-03-17 | 03-03-17 | 25,000 | Ishares Gold Trust | 296,730.00 | 294,806.06 | -1,923.94 | |
| 03-01-17 | 03-03-17 | 2,000 | Apollo Global Mgmt pfd | 50,000.00 | 49,694.00 | -306.00 | |
| 03-07-17 | 03-07-17 | 700 | Extended Stay America, Inc. | 11,795.00 | 11,785.45 | -9.55 | |
| 03-07-17 | 03-07-17 | 500 | Extended Stay America, Inc. | 8,425.00 | 8,417.94 | -7.06 | |
| 03-07-17 | 03-07-17 | 200 | First Republic Bank | 19,000.00 | 19,076.38 | 76.38 | |
| 03-07-17 | 03-07-17 | 100 | First Republic Bank | 9,500.00 | 9,559.79 | 59.79 | |
| 03-08-17 | 03-08-17 | 1,000 | The Geo Group Inc. | 41,750.00 | 41,977.38 | 227.38 | |
| 03-08-17 | 03-08-17 | 250 | Armstrong World Industries Inc. | 11,225.00 | 11,119.58 | -105.42 | |
| 03-08-17 | 03-08-17 | 1,000 | Armstrong Flooring Inc. | 17,800.00 | 17,481.01 | -318.99 | |
| 03-08-17 | 03-08-17 | 350 | Cotiviti Holdings Inc. | 12,600.00 | 12,879.03 | 279.03 | |
| 03-08-17 | 03-08-17 | 100 | Cotiviti Holdings Inc. | 3,600.00 | 3,679.72 | 79.72 | |
| 03-08-17 | 03-08-17 | 200 | Cotiviti Holdings Inc. | 7,200.00 | 7,359.44 | 159.44 | |
| 03-09-17 | 03-09-17 | 1,800 | TG Therapeutics Inc. | 17,550.00 | 19,150.30 | 1,600.30 | |
| 03-09-17 | 03-09-17 | 100 | J.Jill Inc. | 1,300.00 | 1,263.42 | -36.58 | |
| 03-09-17 | 03-09-17 | 2,500 | J.Jill Inc. | 32,500.00 | 31,585.56 | -914.44 | |
| 03-09-17 | 03-09-17 | 200 | J.Jill Inc. | 2,600.00 | 2,526.84 | -73.16 | |
| 03-09-17 | 03-09-17 | 150 | Equinix Inc. | 54,000.00 | 55,002.17 | 1,002.17 | |
| 03-09-17 | 03-09-17 | 200 | Equinix Inc. | 72,000.00 | 73,336.23 | 1,336.23 | |
| 03-09-17 | 03-09-17 | 100 | Equinix Inc. | 36,000.00 | 36,668.12 | 668.12 | |
| 03-09-17 | 03-09-17 | 500 | J.Jill Inc. | 6,500.00 | 6,386.86 | -113.14 | |
| 03-09-17 | 03-09-17 | 500 | J.Jill Inc. | 6,500.00 | 6,332.36 | -167.64 | |
| 03-10-17 | 03-10-17 | 400 | Alexandria Real Estate Equities | 43,420.00 | 43,349.92 | -70.08 | |
| 03-10-17 | 03-10-17 | 2,000 | Alexandria Real Estate Equities | 217,100.00 | 216,749.60 | -350.40 | |
| 03-10-17 | 03-10-17 | 300 | BioCryst Pharmaceuticals | 2,550.00 | 2,619.70 | 69.70 | |
| 03-10-17 | 03-10-17 | 1,100 | First Cash Financial | 47,300.00 | 47,993.51 | 693.51 | |
| 03-10-17 | 03-10-17 | 500 | Presidio Inc. | 7,000.00 | 6,871.39 | -128.61 | |
| 03-10-17 | 03-10-17 | 500 | Presidio Inc. | 7,000.00 | 6,871.39 | -128.61 | |
| 03-10-17 | 03-10-17 | 800 | Presidio Inc. | 11,200.00 | 10,994.22 | -205.78 | |
| 03-10-17 | 03-10-17 | 300 | Presidio Inc. | 4,200.00 | 4,122.83 | -77.17 | |

Report run at 01:41:53 PM on 8/30/18

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▮
*From 01-01-17 Through 03-31-17*

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 03-10-17 | 03-10-17 | 600 | Sinclair Broadcasting | 25,200.00 | 24,749.68 | -450.32 | |
| 03-10-17 | 03-10-17 | 100 | Sinclair Broadcasting | 4,200.00 | 4,127.10 | -72.90 | |
| 03-10-17 | 03-10-17 | 600 | Sinclair Broadcasting | 25,200.00 | 24,762.62 | -437.38 | |
| 03-10-17 | 03-10-17 | 1,000 | Sinclair Broadcasting | 42,000.00 | 41,271.04 | -728.96 | |
| 03-10-17 | 03-10-17 | 300 | Presidio Inc. | 4,200.00 | 3,994.91 | -205.09 | |
| 03-14-17 | 03-14-17 | 500 | Lantheus Holdings Inc. | 6,250.00 | 6,239.86 | -10.14 | |
| 03-14-17 | 03-14-17 | 700 | Physicians Realty Trust | 12,740.00 | 12,783.14 | 43.14 | |
| 03-14-17 | 03-14-17 | 10,000 | Valeant Pharmaceuticals Int'l | 111,000.00 | 108,615.63 | -2,384.37 | |
| 03-14-17 | 03-14-17 | 1,000 | Physicians Realty Trust | 18,200.00 | 18,329.30 | 129.30 | |
| 03-14-17 | 03-14-17 | 1,000 | Physicians Realty Trust | 18,200.00 | 18,209.60 | 9.60 | |
| 03-15-17 | 03-15-17 | 200 | Ardagh Group SA | 3,800.00 | 4,464.19 | 664.19 | |
| 03-15-17 | 03-15-17 | 200 | Ardagh Group SA | 3,800.00 | 4,464.19 | 664.19 | |
| 03-15-17 | 03-15-17 | 100 | Ardagh Group SA | 1,900.00 | 2,232.10 | 332.10 | |
| 03-15-17 | 03-15-17 | 100 | Ardagh Group SA | 1,900.00 | 2,232.10 | 332.10 | |
| 03-16-17 | 03-16-17 | 20,000 | Ishares Gold Trust | 236,150.00 | 234,694.85 | -1,455.15 | |
| 03-16-17 | 03-16-17 | 150 | Talend SA | 4,275.00 | 4,485.59 | 210.59 | |
| 03-16-17 | 03-16-17 | 100 | Talend SA | 2,850.00 | 2,990.39 | 140.39 | |
| 03-16-17 | 03-16-17 | 1,800 | Acadia Healthcare Co. Inc. | 75,150.00 | 75,894.42 | 744.42 | |
| 03-16-17 | 03-16-17 | 200 | Canada Goose Holdings Inc. | 2,556.00 | 3,400.72 | 844.72 | |
| 03-16-17 | 03-16-17 | 400 | Canada Goose Holdings Inc. | 5,112.00 | 6,801.43 | 1,689.43 | |
| 03-16-17 | 03-16-17 | 100 | Canada Goose Holdings Inc. | 1,278.20 | 1,793.96 | 515.76 | |
| 03-17-17 | 03-17-17 | 500 | ProPetro Holding Corp. | 7,000.00 | 7,468.48 | 468.48 | |
| 03-17-17 | 03-17-17 | 200 | MidWestOne Financial Group Inc. | 6,850.00 | 6,887.94 | 37.94 | |
| 03-17-17 | 03-17-17 | 234 | Penumbra Inc. | 19,534.64 | 18,226.43 | -1,308.21 | |
| 03-17-17 | 03-17-17 | 100 | Editas Medicine Inc. | 2,250.00 | 2,299.94 | 49.94 | |
| 03-17-17 | 03-17-17 | 100 | MuleSoft Inc. | 1,700.00 | 2,419.43 | 719.43 | |
| 03-17-17 | 03-17-17 | 650 | MuleSoft Inc. | 11,050.00 | 15,726.30 | 4,676.30 | |
| 03-17-17 | 03-17-17 | 200 | Colony Starwood Homes | 6,500.00 | 6,767.85 | 267.85 | |
| 03-17-17 | 03-17-17 | 350 | Editas Medicine Inc. | 7,875.00 | 8,008.82 | 133.82 | |
| 03-17-17 | 03-17-17 | 1,000 | Veritiv Corporation | 54,850.00 | 52,998.84 | -1,851.16 | |
| 03-17-17 | 03-17-17 | 1,000 | Veritiv Corporation | 54,850.00 | 51,918.96 | -2,931.04 | |
| 03-17-17 | 03-17-17 | 25 | Tesla Motors Inc. | 6,550.00 | 6,593.85 | 43.85 | |
| 03-17-17 | 03-17-17 | 1,000 | Ryonier | 27,750.00 | 27,999.38 | 249.38 | |
| 03-17-17 | 03-17-17 | 1,000 | Ryonier | 27,750.00 | 27,843.99 | 93.99 | |
| 03-17-17 | 03-20-17 | 200 | MuleSoft Inc. | 3,400.00 | 4,619.89 | 1,219.89 | |
| 03-22-17 | 03-22-17 | 200 | Adaptimmune Therapeutics plc | 840.00 | 809.90 | -30.10 | |
| 03-22-17 | 03-22-17 | 800 | Easterly Government Properties Inc | 15,200.00 | 15,550.14 | 350.14 | |
| 03-22-17 | 03-22-17 | 200 | Regenxbio Inc. | 4,100.00 | 4,093.91 | -6.09 | |
| 03-23-17 | 03-23-17 | 100 | LSC Communications | 2,025.00 | 2,162.47 | 137.47 | |
| 03-23-17 | 03-23-17 | 200 | LSC Communications | 4,050.00 | 4,351.61 | 301.61 | |
| 03-23-17 | 03-23-17 | 100 | LSC Communications | 2,025.00 | 2,175.80 | 150.80 | |
| 03-23-17 | 03-23-17 | 500 | Keysight Technologies | 17,500.00 | 17,942.56 | 442.56 | |
| 03-23-17 | 03-23-17 | 500 | Keysight Technologies | 17,500.00 | 17,942.57 | 442.57 | |

## C.L.F.S., Ltd.
## REALIZED GAINS AND LOSSES
*Trading Reports Prepared for* ▮
From 01-01-17 Through 03-31-17

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 03-23-17 | 03-23-17 | 300 | Keysight Technologies | 10,500.00 | 10,765.54 | 265.54 | |
| 03-23-17 | 03-23-17 | 100 | Keysight Technologies | 3,500.00 | 3,588.51 | 88.51 | |
| 03-23-17 | 03-23-17 | 250 | Orion Engineered Carbons SA | 4,687.50 | 4,734.09 | 46.59 | |
| 03-23-17 | 03-23-17 | 100 | LaJolla Pharmaceutical Co. | 3,350.00 | 3,500.54 | 150.54 | |
| 03-24-17 | 03-24-17 | 1,000 | Silver Run Acquisition II | 10,000.00 | 10,179.01 | 179.01 | |
| 03-24-17 | 03-24-17 | 300 | Silver Run Acquisition II | 3,000.00 | 3,053.70 | 53.70 | |
| 03-24-17 | 03-24-17 | 1,500 | Cherry Hill Mortgage Investment Corp. | 24,750.00 | 24,713.36 | -36.64 | |
| 03-24-17 | 03-24-17 | 750 | Cherry Hill Mortgage Investment Corp. | 12,375.00 | 12,356.68 | -18.32 | |
| 03-24-17 | 03-24-17 | 100 | Cherry Hill Mortgage Investment Corp. | 1,650.00 | 1,646.75 | -3.25 | |
| 03-24-17 | 03-24-17 | 200 | Alteryx Inc. | 2,800.00 | 3,272.80 | 472.80 | |
| 03-24-17 | 03-24-17 | 1,000 | Bellicum Pharmaceuticals Inc. | 12,000.00 | 12,279.83 | 279.83 | |
| 03-24-17 | 03-24-17 | 1,000 | Cherry Hill Mortgage Investment Corp. | 16,500.00 | 16,419.64 | -80.36 | |
| 03-24-17 | 03-24-17 | 1,250 | Mylan NV | 50,000.00 | 50,506.14 | 506.14 | |
| 03-24-17 | 03-24-17 | 1,000 | Cherry Hill Mortgage Investment Corp. | 16,500.00 | 16,536.83 | 36.83 | |
| 03-24-17 | 03-24-17 | 1,250 | Mylan NV | 50,000.00 | 51,088.88 | 1,088.88 | |
| 03-28-17 | 03-28-17 | 100 | STORE Capital Corp. | 2,310.00 | 2,349.95 | 39.95 | |
| 03-28-17 | 03-28-17 | 500 | STORE Capital Corp. | 11,550.00 | 11,753.74 | 203.74 | |
| 03-28-17 | 03-28-17 | 500 | STORE Capital Corp. | 11,550.00 | 11,997.73 | 447.73 | |
| 03-17-17 | 03-29-17 | -100 | Penumbra Inc. | 8,210.00 | 7,789.07 | -420.93 | |
| 03-29-17 | 03-29-17 | 10,000 | Ishares Gold Trust | 120,675.00 | 119,797.37 | -877.63 | |
| 03-29-17 | 03-29-17 | 1,500 | Athene Holding Ltd | 72,750.00 | 74,442.64 | 1,692.64 | |
| 03-29-17 | 03-29-17 | 450 | Athene Holding Ltd | 21,825.00 | 22,332.79 | 507.79 | |
| 03-29-17 | 03-29-17 | 100 | Athene Holding Ltd | 4,850.00 | 4,962.84 | 112.84 | |
| 03-29-17 | 03-29-17 | 600 | Athene Holding Ltd | 29,100.00 | 29,726.87 | 626.87 | |
| 03-29-17 | 03-29-17 | 350 | Athene Holding Ltd | 16,975.00 | 17,283.62 | 308.62 | |
| 03-29-17 | 03-30-17 | 100 | Athene Holding Ltd | 4,850.00 | 4,953.73 | 103.73 | |
| 03-29-17 | 03-30-17 | 100 | Athene Holding Ltd | 4,850.00 | 4,953.73 | 103.73 | |
| 03-30-17 | 03-30-17 | 300 | OFS Capital Corp. | 4,371.00 | 4,214.01 | -156.99 | |
| 03-30-17 | 03-30-17 | 100 | Kayne Anderson Acquisition Corp. | 1,000.00 | 1,004.93 | 4.93 | |
| 03-30-17 | 03-30-17 | 250 | Kayne Anderson Acquisition Corp. | 2,500.00 | 2,512.34 | 12.34 | |
| 03-30-17 | 03-30-17 | 500 | Kayne Anderson Acquisition Corp. | 5,000.00 | 5,024.68 | 24.68 | |
| 03-30-17 | 03-30-17 | 4,660 | Cenovus Energy Inc. | 56,013.20 | 53,580.44 | -2,432.76 | |
| 03-30-17 | 03-30-17 | 50 | Blueprint Medicines Corp | 2,000.00 | 2,082.45 | 82.45 | |
| 03-31-17 | 03-31-17 | 50 | e.l.f Beauty Inc. | 1,350.00 | 1,413.49 | 63.49 | |
| 03-31-17 | 03-31-17 | 200 | e.l.f Beauty Inc. | 5,400.00 | 5,653.95 | 253.95 | |
| 03-31-17 | 03-31-17 | 400 | Cara Therapeutics Inc. | 7,200.00 | 7,142.80 | -57.20 | |

8

**C.L.F.S., Ltd.**
**REALIZED GAINS AND LOSSES**
*Trading Reports Prepared for* ▓▓▓
From 01-01-17 Through 03-31-17

| Open Date | Close Date | Quantity | Security | Cost Basis | Proceeds | Gain Or Loss Short Term | Long Term |
|---|---|---|---|---|---|---|---|
| 03-31-17 | 03-31-17 | 900 | AC Immune SA | 9,900.00 | 9,415.93 | -484.07 | |
| 03-30-17 | 03-31-17 | 340 | Cenovus Energy Inc. | 4,086.80 | 3,826.13 | -260.67 | |
| 03-30-17 | 03-31-17 | 855 | Cenovus Energy Inc. | 10,266.41 | 9,621.58 | -644.83 | |
| 03-31-17 | 03-31-17 | 1 | Clearance charges | 1,490.00 | 0.00 | -1,490.00 | |
| 03-31-17 | 03-31-17 | 800 | Cara Therapeutics Inc. | 14,400.00 | 14,354.68 | -45.32 | |
| 03-31-17 | 03-31-17 | 500 | e.l.f Beauty Inc. | 13,500.00 | 14,073.69 | 573.69 | |
| **TOTAL GAINS** | | | | | | 128,112.71 | 0.00 |
| **TOTAL LOSSES** | | | | | | -83,218.31 | 0.00 |
| | | | | 8,688,533.25 | 8,733,427.65 | 44,894.40 | 0.00 |
| TOTAL REALIZED GAIN/LOSS | | 44,894.40 | | | | | |

9