**EXHIBIT 14**

## CLFS EQUITIES, LLLP
410 17th Street, Suite 1705
Denver, CO 80202

## INVOICE

April 1, 2017



**Gross Income Calculation**
2017 Year-to-Date Gross Income through 3/31/2017      $   46,285.93

CLFS Equities Share of Gross Income
30% $0 - $1,500,000                                    $   13,885.78
25% >$1,500,000                                        $       -
Total CLFS Equities Share of Gross Income              $   13,885.78

Less Amount Paid                                       $       -

Grand Total Amount Due (From) CLFS Equities            $   13,885.78

Balance due 5 Calendar Days from Receipt

NOTE: Calculation based on preliminary numbers. Adjustment to actual will be made at year-end prior to April 15, 2018.