IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02992-STV
*Consolidated with Civil Action No. 18-cv-0190-WJM-STV*

DETROIT STREET PARTNERS, INC. and
BIRCHWOOD RESOURCES INC.
    Plaintiffs,

v.

JAMES A. LUSTIG, et al.
    Defendants.

and

DETROIT STREET PARTNERS, INC. and
BIRCHWOOD RESOURCES INC.,
    Plaintiffs,

v.

JAMES A. LUSTIG, et al.
    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
DEFENDANTS SAMUEL ZAITZ, JZ CAPITAL, LLC,
JONATHAN MARSICO, AND ULTIMATE VENTURES, INC.**

    IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41 by and between Plaintiffs Detroit Street Partners Inc. and Birchwood Resources Inc. and Defendants Samuel Zaitz ("Zaitz"), JZ Capital, LLC ("JZ"), Jonathan Marsico ("Marsico"), and Ultimate Ventures, Inc. ("Ultimate"), and their respective counsel, that all claims in this consolidated action against only Zaitz, JZ, Marsico, and Ultimate are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This dismissal relates only to Defendants Zaitz, JZ, Marsico, and Ultimate in this consolidated action. This action, and all claims asserted herein, are unaffected as they relate to all other defendants, and this dismissal has no effect on any of the other defendants under Fed. R. Civ. P. 41(a)(1)(B).

1

Dated: November 13, 2018

Respectfully submitted,

                                      Justin T. Bailey
                                      Perry R. Sanders, Jr.
Robert J. Frank
31 N. Tejon Street
Suite 400
Colorado Springs, CO 80903
T: 719-630-1556
F: 719-630-700
Perry@scclaw.net
Rob@rflaw.com
Justin@PerrySandersLaw.com

Craig Weiner
Ronald J. Schutz
Lisa M. Coyle
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, NY 10022
T: 212-980-7400
F: 212-980-7499
cweiner@robinskaplan.com
rschutz@robinskaplan.com
lcoyle@robinskaplan.com

*Attorneys for Plaintiffs*

Jeffrey Alan Springer
Craig Lee Pankratz
Springer & Steinberg, P.C.
1600 Broadway
Suite 1200
Denver, CO 80202
T: 303-861-2800
F: 303-832-7116
jspringer@springersteinber.com
cpankratz@springersteinberg.com

*Attorneys for Defendants Samuel Zaitz, JZ Capital, LLC, Jonathan Marsico, and Ultimate Ventures, Inc.*