**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-2992-WJM-STV
*Consolidated with Civil Action No. 18-cv-0190-WJM-STV*

DETROIT STREET PARTNERS, INC. and
BIRCHWOOD RESOURCES INC.

        Plaintiffs,

v.

JAMES A. LUSTIG, *et al.*

        Defendants.

        and

DETROIT STREET PARTNERS, INC. and
BIRCHWOOD RESOURCES INC.,

        Plaintiffs,

v.

JAMES A. LUSTIG, *et al.*

        Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
IRVING INVESTORS PRIVATES, LLC, IRVING INVESTORS INCOME FUND, LLC,
AND IRVING INVESTORS REAL ESTATE FUND I, LLC**

---

        IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41 by and between Plaintiffs Detroit Street Partners Inc. and Birchwood Resources Inc. and Defendants Irving Investors Income Fund LLC, Irving Investors Privates, LLC, and Irving Investors Real Estate Fund I, LLC (collectively, "the Irving Investors Parties"), and their respective counsel, that all claims in this consolidated action against only the Irving Investors Parties are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This dismissal relates only to the Irving Investors Parties in this consolidated action. This action, and

2

all claims asserted herein, are unaffected as they relate to all other defendants, and this dismissal has no effect on any of the other defendants under Fed. R. Civ. P. 41(a)(1)(B).

Dated:  June 25, 2019    Respectfully submitted,

/s Justin T. Bailey
  Justin T. Bailey
  Perry R. Sanders, Jr.
  Robert J. Frank
  31 N. Tejon Street
  Suite 400
  Colorado Springs, CO 80903
  T: 719-630-1556
  F: 719-630-700
  Perry@scclaw.net
  Rob@rflaw.com
  Justin@PerrySandersLaw.com
  Lisa M. Coyle
  Craig Weiner
  Ronald J. Schutz
  Robins Kaplan LLP
  399 Park Avenue, Suite 3600
  New York, NY 10022
  T: 212-980-7400
  F: 212-980-7499
  lcoyle@robinskaplan.com
  cweiner@robinskaplan.com
  rschutz@robinskaplan.com
  *Attorneys for Plaintiffs*

/s Stephen A. Best
  Stephen A. Best
  Brown Rudnick LLP
  601 Thirteenth Street NW, Suite 600
  Washington, D.C. 20005
  T: 202-536-1700
  F: 202-536-1701
  sbest@brownrudnick.com
  Alex Lipman
  Angela M. Papalaskaris
  Seven Times Square
  New York, NY 10036
  T: 212-209-4800
  F: 212-209-4801
  alipman@brownrudnick.com
  apapalaskaris@brownrudnick.com
  *Attorney for Defendants Irving Investors Income Fund LLC*, *Irving Investors Privates, LLC*, and *Irving Investors Real Estate Fund I, LLC*