IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-2992-WJM-STV
*Consolidated with Civil Action No. 18-cv-0190-WJM-STV*

DETROIT STREET PARTNERS, INC., and
BIRCHWOOD RESOURCES, INC.

     Plaintiffs,

v.

JAMES A. LUSTIG,
ALLIED FUNDING, INC.,
BENNETT PAUL "BUZZ" ALTERMAN,
ALTERMAN HARRISON INVESTMENTS, INC.,
ARROWHEAD INVESTMENTS, INC.,
CLFS EQUITIES, LLP,
NANCY DAVIS,
DAVIS FAMILY OFFICE, INC.,
TODD J. EBERSTEIN,
GLOBAL CAP LIMITED, INC.,
WILLIAM HALL,
ANDREW HARRISON,
HAVEN CAPITAL VENTURES, INC.,
JAL VENTURES CORPORATION,
KEN LANDE,
LION GATE CAPITAL, INC.,
MACK INVESTOR GROUP, INC.,
MELISSA MACKIERNAN,
MESA INVESTMENT PARTNERS, LLC,
STEWART "SKIP" MILLER,
BRANDON PERRY,
PINEHURST CAPITAL, INC.,
PREAKNESS CAPITAL MANAGEMENT INC.,
QUANDARY CAPITAL INC.,
RANCHO HOLDINGS, LLC,
KENNETH RICKEL,
RIO NORTE CAPITAL, INC.,
SMM INVESTMENTS, INC.,
WILLIAM SANDLER,
STEVE SHOFLICK,,
UNITED CAPITAL MANAGEMENT, INC., and
AARON WOLK,

Defendants.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

PURSUANT to the Order Granting Defendants' Motions to Dismiss in Part, Dismissing State-Law Claims without Prejudice, and Terminating Case [ECF 177] entered by the Honorable William J. Martínez on July 25, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants James A. Lustig, Jal Ventures Corporation, CLFS Equities, LLP, and United Capital Management, Inc.'s ("Lustig Defendants") Motion to Dismiss [ECF 149] is granted to the extent that the Court finds that Plaintiffs' Claims 10-13 fail to state a claim upon which relief can be granted, and that the Court should decline supplemental jurisdiction over Plaintiffs' remaining claims, but is otherwise denied.  It is further

ORDERED that Motion To Dismiss the Amended Consolidated Complaint for Failure to State a Claim on Which Relief May Be Granted Pursuant to F.R.C.P. 12(b)(6) on Behalf of Defendants Brandon Perry, Global Cap Limited, Inc., Allied Funding, Inc., Haven Capital Ventures, Inc., Pinehurst Capital, Inc., William Sandler, Andrew Harrison, Rancho Holdings, LLC, SMM Investments, Inc., Stewart Miller, Arrowhead Investments, Inc., Steven Shoflick, Alterman Harrison Investments, Inc., Bennett Paul Alterman, Rio Norte Capital, Inc., Kenneth Lande, JAF Holdings, Inc., Preakness Capital Management, Inc., Todd Eberstein, Mesa Investment Partners, LLC, William Hall,

Nancy Davis, The Davis Family Office, DTA Capital, Inc., Ronald Vlosich, Lion Gate Capital, Inc., Kenneth Rickel, Mack Investor Group, Inc., Aaron Wolk, Quandary Capital, Inc., and Melissa Mackiernan ("Perry Defendants") [ECF 151] is granted to the extent the Court finds that Plaintiffs' Claims 10-13 fail to state a claim upon which relief can be granted, but is otherwise denied. It is further

ORDERED that Defendants Irving Investors Income Fund LLC, Irving Investors Privates, LLC, Irving Investors Real Estate Fund I, LLC, MSM Capital Management, Inc., and Jeremy and Mia Abelson's Motion to Dismiss the Amended Consolidated Complaint [ECF 152] is denied as moot. It is further

ORDERED Plaintiffs' Claims 10-13 are dismissed with prejudice, and Plaintiffs' remaining claims are dismissed without prejudice to refiling in state court. It is further

ORDERED that final judgment as to claims 10-13 only is hereby entered in favor of Defendants James A. Lustig, Allied Funding, Inc., Bennett Paul "Buzz" Alterman, Alterman Harrison Investments, Inc., Arrowhead Investments, Inc., CLFS Equities, LLP, Nancy Davis, Davis Family Office, Inc., Todd J. Eberstein, Global Cap Limited, Inc., William Hall, Andrew Harrison, Haven Capital Ventures, Inc., Jal Ventures Corporation, Ken Lande, Lion Gate Capital, Inc., Mack Investor Group, Inc., Melissa Mackiernan, Mesa Investment Partners, LLC, Stewart "Skip" Miller, Brandon Perry, Pinehurst Capital, Inc., Preakness Capital Management Inc., Quandary Capital Inc., Rancho Holdings, LLC, Kenneth Rickel, Rio Norte Capital, Inc., SMM Investments, Inc., William Sandler, Steve Shoflick, United Capital Management, Inc., and Aaron Wolk and against Plaintiffs Detroit Street Partners, Inc. and Birchwood Resources, Inc in this case and Civil Action No. 18-cv-0190-WJM-STV. It is further

ORDERED that to the extent that the Lustig Defendants and the Perry Defendants can segregate costs incurred defending against Claims 10-13 from costs incurred defending against Plaintiffs' other claims, the Lustig Defendants and Perry Defendants shall have their costs upon compliance with D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 25th day of July, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk